UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-80242-CR-ROSENBERG/HUNT

18 U.S.C. § 1956(h)
18 U.S.C. § 982(a)(1)

UNITED STATES OF AMERICA

vs.

**FILED UNDER SEAL**

ALEJANDRO ANDRADE CEDENO,

Defendant.
_____/

## INFORMATION

The United States charges that:

### COUNT ONE
### (18 U.S.C. § 1956(h))

1. Beginning in or around 2007 through in or around at least November 2017, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ALEJANDRO ANDRADE CEDENO,**

did knowingly and willfully combine, conspire, confederate, and agree with others, known and unknown, to violate Title 18, United States Code, Section 1957, that is, to knowingly engage and attempt to engage in monetary transactions by, through, or to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, in violation of Title 18, United States Code, Section 1957.

2. It is further alleged that the specified unlawful activity is a violation of the Foreign Corrupt Practices Act ("FCPA"), in violation of Title 15, United States Code, Section 78dd-3.

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE
## (18 U.S.C. § 982(a)(1))

1. The allegations contained in this Information are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant, **ALEJANDRO ANDRADE CEDENO**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1956(h), as alleged in this Information, the defendant, **ALEJANDRO ANDRADE CEDENO**, shall forfeit to the United States any property, real or personal, involved in such offense, and/or any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

3. If any property subject to forfeiture, as a result of any act or omission of the defendant, **ALEJANDRO ANDRADE CEDENO**,

   a. cannot be located upon the exercise of due diligence,

   b. has been transferred or sold to, or deposited with, a third party,

   c. has been placed beyond the jurisdiction of the Court,

   d. has been substantially diminished in value, or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

All pursuant to Title 18, United States Code, Section 982(a)(1) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

SANDRA MOSER, ACTING CHIEF
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

By: _____
VANESSA SNYDER
PAUL HAYDEN
Trial Attorneys

By: _____
MICHAEL NADLER
ASSISTANT U.S. ATTORNEY
United States Attorney's Office
Southern District of Florida

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | |
| ALEJANDRO ANDRADE CEDENO | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. _____ / | **Superseding Case Information:** |

**Court Division**: (Select One)

\_\_\_ Miami     \_\_\_ Key West
\_\_\_ FTL     _X_ WPB     \_\_\_ FTP

New Defendant(s)     Yes \_\_\_     No \_\_\_
Number of New Defendants     \_\_\_
Total number of counts     \_\_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     YES
   List language and/or dialect     SPANISH

4. This case will take     0     days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)

   I      0 to 5 days         _X_          Petty         \_\_\_
   II     6 to 10 days        \_\_\_         Minor         \_\_\_
   III    11 to 20 days       \_\_\_         Misdem.       \_\_\_
   IV     21 to 60 days       \_\_\_         Felony        _X_
   V      61 days and over    \_\_\_

6. Has this case been previously filed in this District Court?   (Yes or No)   NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?     (Yes or No)     NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)     NO

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     Yes \_\_\_     No _X_

_____
MICHAEL B. NADLER
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 51264

*Penalty Sheet(s) attached                                                                 REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ALEJANDRO ANDRADE CEDENO

**Case No**: _____

Count #1:

Conspiracy to Commit Money Laundering

Title 18, United States Code, 1956(h)

**\*Max. Penalty:**   Ten (10) years' imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

17-80242 CR-ROSENBERG /HUNT

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| ALEJANDRO ANDRADE CEDENO | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12-18-2017

_Defendant's signature_

CBM

_Signature of defendant's attorney_

CURTIS B. MINER

_Printed name of defendant's attorney_

_Judge's signature_

_Judge's printed name and title_