UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80242

UNITED STATES OF AMERICA,
    Plaintiff,

v.

**NOTICE OF PERMANENT**
**APPEARANCE AS COUNSEL**
**OF RECORD**

ALEJANDRO ANDRADE CEDENO
    Defendant.
_____/

    COMES NOW  Curtis Miner , and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

    Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

    Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

    **FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 12-22-2017

Attorney: Curtis Miner
Address: Colson Hicks Eidson, 255 Alhambra Circle, PH
City Coral Gables  State FL  Zip Code 33134
Telephone (305) 476-7400
Florida Bar Number: 885681

    The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____
ALEJANDRO ANDRADE CEDENO