AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. ) Case No. 17-80242 CR-ROSENBERG
Alejandro Andrade Cedeno )
_Defendant_ )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12/22/2017

_Defendant's signature_

_Signature of defendant's attorney_

CURTIS MINER
_Printed name of defendant's attorney_

_Judge's signature_

Robin L. Rosenberg
_Judge's printed name and title_