UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cr-80242-ROSENBERG

UNITED STATES OF AMERICA

v.

SEALED DEFENDANT,

Defendant.
_____/

## ORDER TO SEAL

The United States of America, having applied to this Court for an Order to Seal, and the Court finding good cause:

IT IS HEREBY ORDERED that the docket should read *United States v. Sealed Defendant* and except for the accompanying Motion and this Order, each individual docket entry should remain sealed, however, the U.S. Department of Justice, the United States Attorney's Office for the Southern District of Florida, law enforcement, the defendant, and his defense counsel may obtain copies of any sealed document in the above-captioned case.

The Court finds based on the representations made that sealing these proceedings will protect the integrity of the continued investigation of additional individuals and entities, and prevent the risk of their flight or destruction of evidence. In addition, the Court also finds that

disclosure of the defendant's name and the existence of these filed charges could present a clear and present danger to the defendant and his relatives.

DONE AND ORDERED in chambers at ~~Miami~~ West Palm Beach, Florida, this 22nd day of December 2017.

HON. ROBIN ROSENBERG
UNITED STATES DISTRICT JUDGE