Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-Cr-80242-ROSENBERG

FILED by _____ D.C.
MAR 09 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES OF AMERICA

vs.                                                                    UNDER SEAL

SEALED DEFENDANT,

   Defendant.
_____/

## JOINT STATUS UPDATE AND REQUEST FOR CONTINUANCE OF SENTENCING

Pursuant to the Court's Order of December 22, 2017, the Parties respectfully submit this Joint Status Update and Request for a Continuance of Sentencing.

1. On December 22, 2017, the Parties appeared before the Court for the Sealed Defendant's initial appearance, arraignment, and change of plea. At that appearance, the Court scheduled a joint status update on March 9, 2018, and set a sentencing date of April 6, 2018.

2. Since December 22, 2017, the Parties have been working diligently to resolve the pending issues relating to sentencing, including identifying the various properties and other assets subject to forfeiture. In addition, the Sealed Defendant has been actively cooperating in this investigation, and that cooperation would be jeopardized should the Sealed Defendant's sentencing, and resulting unsealing of this case, proceed at this time. A continuance of the Sealed Defendant's sentencing is necessary to preserve the integrity of the continued investigation of additional individuals and entities, and to prevent the risk of their flight or destruction of evidence.

3. Therefore, the Parties respectfully request that the Court schedule another joint status update for June 1, 2018, and continue the Sealed Defendant's sentencing to July 10, 2018.

4. Pursuant to the Court's existing Sealing Order still in effect [D.E. 10], this document should remain under seal until so ordered by the Court.

WHEREFORE, the Parties respectfully request that the Court reset the Joint Status Update for June 1, 2018, and reset the Sealed Defendant's sentencing for July 10, 2018.

Respectfully submitted,

SANDRA MOSER
ACTING CHIEF, FRAUD SECTION
Criminal Division
U.S. Department of Justice

By: *[signature]*
VANESSA SNYDER
PAUL HAYDEN
TRIAL ATTORNEYS
Criminal Division
Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Tel: (202) 616-2362

RANDY HUMMEL
ACTING UNITED STATES ATTORNEY
Southern District of Florida

By: *[signature]*
MICHAEL NADLER
ASSISTANT U.S. ATTORNEY
99 NE 4th Street
Miami, FL 33132
Tel: (305) 961-9244

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Court under seal and served on all counsel of record this 9th day of March, 2018.

    /s/ **Michael B. Nadler**
MICHAEL B. NADLER
Assistant United States Attorney
VANESSA SNYDER
PAUL A. HAYDEN
Trial Attorneys