**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 9:17-CR-80242-RLR**

**SEALED**

United States,

v.

Sealed Defendant.
_____/

**ORDER REQUIRING JOINT STATEMENT**

This matter comes before the Court *sua sponte*. The Court has become aware that, since this case was sealed, a number of media outlets have reported on this case, including The Palm Beach Post and Miami Herald. Because a substantial basis for the seal in this case was the interest of the parties in maintaining the secrecy of the existence of the case and the Government's ongoing investigation, and in light of the aforementioned reporting, the Court **ORDERS** the following. The parties shall submit a joint statement, due by noon on April 13, 2018, apprising the Court of: (1) whether this case should remain under seal in the same way in which it is currently sealed and, if so, (2) the basis for this case to remain under seal, and (3) whether there are any other means of sealing the case, or portions of the case, including necessary redactions, that are more narrowly tailored to meet the needs of maintaining secrecy.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 10th day of April, 2018.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE