UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>17-cr-80242-ROSENBERG</u>


Sealed

UNITED STATES OF AMERICA

vs.                                                                 <u>UNDER SEAL</u>

SEALED DEFENDANT,

Defendant.
_____/

## <u>JOINT STATEMENT PURSUANT TO COURT'S SUA SPONTE ORDER</u>

Pursuant to the Court's April 10, 2018 Sealed Order, the Parties file this Joint Statement.

1. The Parties respectfully request that this case remain sealed pursuant to the Court's Original Sealing Order.

2. There are several reasons to continue with sealing the case notwithstanding the recent news stories. At this point, the news stories are unconfirmed reports based on unidentified sources concerning this matter. The recent news article in the Miami Herald reports that Sealed Defendant and others are under federal investigation for money laundering and other offenses. It does not state that charges have already been filed against Sealed Defendant, that Sealed Defendant has already pled guilty, and that Sealed Defendant is cooperating with the government's ongoing investigation. Indeed, the Miami Herald article does not reference this sealed proceeding in any way. The article in the Palm Beach Post is similar in scope, but it does go further in referencing this sealed proceeding. However, its only basis for doing so is a reference to a third party Twitter account of a person with no direct connection to this sealed proceeding. Accordingly, unsealing this matter at this point would serve to officially confirm what is at this point only unconfirmed press reports. It would also further disclose that Sealed Defendant is currently cooperating against

other potential targets and thereby potentially cause serious harm to the government's ongoing investigation. In addition, there remains ongoing serious concerns regarding potential danger and safety surrounding the Sealed Defendant and his family if the existence of the charges and his cooperation are confirmed and disclosed to the public.

3. There are no other reasonable means of sealing this case that would comply with existing Eleventh Circuit jurisprudence. The Parties maintain ongoing communication regarding the recent publicity and are monitoring the situation. Any current change in the docket will only further fuel the ongoing media speculation about this case.

4. This joint statement should be sealed pursuant to the Court's previous SEALING ORDER.

SANDRA MOSER
ACTING CHIEF, FRAUD SECTION
Criminal Division
U.S. Department of Justice

VANESSA SNYDER
PAUL HAYDEN
TRIAL ATTORNEYS

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

MICHAEL B. NADLER
ASSISTANT UNITED STATES ATTORNEY

COLSON HICKS EIDSON
255 Alhambra Circle, PH
Coral Gables, FL 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444

/s Curtis Miner
CURTIS MINER
Fla. Bar No.: 885861
ROBERTO MARTINEZ
Fla. Bar No.: 305596

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed through CM/ECF and any attachments are being delivered by United States mail this 13th day of April, 2018 on all counsel of record or pro se parties.

/s/**Michael B. Nadler**
MICHAEL B. NADLER
Assistant United States Attorney