UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cr-80242-ROSENBERG

UNITED STATES OF AMERICA

vs.

SEALED DEFENDANT,

Defendant.
_____/

UNDER SEAL

Sealed

FILED by ____ D.C.
JUN 12 2018
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## UNOPPOSED REQUEST FOR CONTINUANCE

Pursuant to the Court's May 29, 2018 order instructing the Parties to file a motion regarding sentencing and restitution issues, the Parties hereby file this Unopposed Request for a Continuance.

On May 29, 2018, the Parties appeared for a status conference in this case. At that status conference, the Court addressed the amount of time needed before sentencing, and the Parties requested a continuance of the sentencing until December 2018. In addressing the Parties' request, the Court asked the Parties to submit a motion explaining the reasons for such a continuance.

As the United States advised the Court at the status conference, this case involves large-scale money laundering and bribery of foreign officials. The targets and subjects of this investigation are wealthy and powerful individuals who have used various and extensive financial instruments to move their money around the world, including in the Southern District of Florida. The United States, with the cooperation of Sealed Defendant, has been diligently considering and pursuing charges on several targets. However, given the breadth of this investigation, additional time is needed to fully develop the necessary evidence. For example, in order to pursue the movement of money in this conspiracy, the United States has sent Mutual Legal Assistant Treaty Requests to foreign countries for bank records for several entities and individuals, which are still

outstanding. In addition, given the vast scope and complexity of this financial conspiracy, the United States is still analyzing the evidence currently obtained. In short, the United States needs additional time to finalize investigative steps related to other co-conspirators. At the time of sentencing, barring any unforeseen issues, the United States intends to ask to unseal the docket for this case, which consequently requires that the investigation into other co-conspirators be complete.

At the status conference, the Court also asked if there are ongoing concerns that require the docket to remain sealed. As the United States advised the Court at the status conference, the docket should remain sealed for several reasons. Sealed Defendant is cooperating and has family members residing outside the United States who could suffer severe consequences if this docket were unsealed. In addition, if the targets discovered that they were being investigated or believed they could soon be charged, they could destroy or alter evidence and/or flee to a location where extradition is not possible.

Finally, the Court asked for a memorandum discussing the issues relating to restitution and victim notice requirements. The United States is actively researching these issues, but requires additional time to provide the Court with a complete analysis. Thus, the United States is seeking a 30-day extension to brief the Court on these issues.

Therefore, the Parties respectfully request that the Court continue the sentencing of Sealed Defendant until December 2018, and continue the deadline to brief the Court on restitution and victim notification issues for 30 days.

Pursuant to the Court's existing Sealing Order still in effect [D.E. 10], this document should remain under seal until so ordered by the Court.

Respectfully submitted,

| | |
|---|---|
| SANDRA MOSER<br>ACTING CHIEF, FRAUD SECTION<br>Criminal Division<br>U.S. Department of Justice | BENJAMIN G. GREENBERG<br>UNITED STATES ATTORNEY<br>Southern District of Florida |
| By: *[signature]*<br>VANESSA SNYDER<br>PAUL HAYDEN<br>TRIAL ATTORNEYS<br>Criminal Division<br>Fraud Section<br>U.S. Department of Justice<br>1400 New York Avenue NW<br>Washington, DC 20005<br>Tel: (202) 616-2362 | By: *[signature]*<br>MICHAEL NADLER<br>ASSISTANT U.S. ATTORNEY<br>99 NE 4th Street<br>Miami, FL 33132<br>Tel: (305) 961-9244 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Court under seal and served on all counsel of record this 12th day of June, 2018.

/s/ **Michael B. Nadler**
MICHAEL B. NADLER
Assistant United States Attorney
VANESSA SNYDER
PAUL A. HAYDEN
Trial Attorneys