UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cr-80242-ROSENBERG

UNITED STATES OF AMERICA

vs.                                    UNDER SEAL

SEALED DEFENDANT,

Defendant.
_____/

FILED by _____ D.C.
JUL 13 2018
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## UNOPPOSED SECOND REQUEST FOR EXTENSION

Pursuant to the Court's May 29, 2018 order instructing the Government to file a motion regarding restitution issues, the Government hereby files this Unopposed Second Request for Extension.

On May 29, 2018, the Parties appeared for a status conference in this case. The Court asked for a memorandum discussing the applicability of issues relating to restitution and victim notice. As discussed in the Government's Unopposed Request for Continuance filed on June 12, 2018, the United States is seeking an additional two weeks extension to finalize the information sought by the Court. We do not anticipate requesting any further extensions.

Therefore, the Parties respectfully request that the Court continue the deadline to brief the Court on restitution and victim notification until July 27, 2018.

Pursuant to the Court's existing Sealing Order still in effect, this document should remain under seal until so ordered by the Court.

Respectfully submitted,

| | |
|---|---|
| SANDRA MOSER | BENJAMIN G. GREENBERG |
| ACTING CHIEF, FRAUD SECTION | UNITED STATES ATTORNEY |
| Criminal Division | Southern District of Florida |
| U.S. Department of Justice | |

By: /s/                          By: /s/

VANESSA SNYDER                 MICHAEL NADLER
PAUL HAYDEN                     ASSISTANT U.S. ATTORNEY
TRIAL ATTORNEYS              99 NE 4th Street
Criminal Division                 Miami, FL 33132
Fraud Section                      Tel: (305) 961-9244
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Tel: (202) 616-2362

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Court under seal and served on all counsel of record this 13th day of July, 2018.

/s/ Michael B. Nadler
MICHAEL B. NADLER
Assistant United States Attorney
VANESSA SNYDER
PAUL A. HAYDEN
Trial Attorneys