UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-80242-CR-ROSENBERG/HUNT

UNITED STATES OF AMERICA

v.

ALEJANDRO ANDRADE CEDENO,

Defendant.
_____/

## CONSENT TO FORFEITURE

I, **ALEJANDRO ANDRADE CEDENO**, freely and voluntarily and without coercion make the following consent to forfeiture and declaration:

1. On or about December 19, 2017, I pleaded guilty to a single-count Information, which charged me with conspiracy to violate Title 18, United States Code, Section 1957, that is, to knowingly engage and attempt to engage in monetary transactions by, through, or to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity (i.e. a violation of the Foreign Corrupt Practices Act ("FCPA"), in violation of Title 15, United States Code, Section 78dd-3), in violation of Title 18, United States Code, Section 1956(h). *See* Information; Plea Agreement ¶ 2.

2. In a written Plea Agreement, I agreed, among other provisions, to forfeit to the United States of America (the "United States") voluntarily and immediately all property, real or personal, involved in the violation of Title 18, United States Code, Section 1956(h) charged in the Information, property traceable to such property, and/or property that constitute substitute assets, pursuant to Title 18, United States Code, Section 982(a)(1) and Title 21, United States Code, Section 853(p). *See* Plea Agreement ¶ 11. I agreed that such property includes, but is not limited

ATTACHMENT / EXHIBIT ____

to, a sum equal in value to the total amount laundered to, by, and/or for my benefit as part of the charged conspiracy, which the United States may seek as a forfeiture money judgment. *Id.* I agreed to consent to the entry of orders of forfeiture for such property. *Id.*

3. As set forth in the Factual Proffer executed by me and submitted to the Court in support of my guilty plea, I was the Venezuelan National Treasurer from approximately 2007 to 2011. *See* Factual Proffer ¶ 3. By virtue of my official position as the Venezuelan National Treasurer, I had the ability to influence matters related to the bolivar to U.S. dollar exchange process, including deciding which brokerage houses received government authorization to conduct these exchanges at a fixed exchange rate established by the Venezuelan government. *Id.* ¶ 6.

4. From approximately 2007 through January 2011, I agreed to accept bribes from co-conspirators in exchange for selecting them to carry out the U.S. dollar to bolivar exchange process with the Venezuelan National Treasury, or Oficina Nacional del Tesoro ("ONT"), which allowed those co-conspirators to obtain substantial profits on the exchange transactions. *See* Factual Proffer ¶ 7.

5. From 2007 to the present, when I requested, at least three co-conspirators would transfer or cause the transfer of funds to purchase property and pay for my expenses in the Southern District of Florida and elsewhere. Together, these three co-conspirators told me that they held or are holding Venezuelan bonds and other assets valued at approximately $1 billion in U.S. currency during this time period for my benefit. As a result of the charged money laundering conspiracy, I obtained, directly and indirectly, the following property (collectively, "**Subject Assets I**"):

*Financial Accounts*
(1) All assets on deposit in account number 0209551AA held in the name of, or for the benefit of, Alejandro Andrade at BSI Bank in Switzerland;

*Real Estate*
(2) 15231 Sunnyland Lane, Wellington, Florida 33414;

2

(3) 15680 and 15740 46th Lane S, Wellington, Florida 33414;
(4) 1290 N. Ocean Boulevard, Palm Beach, Florida 33480;
(5) 16912 Crown Bridge Drive, Del Ray Beach, Florida 33446;
(6) 15159 Sunnyland Lane, Wellington, Florida 33414;
(7) Avenida Rio Orinoco, Casa 307, Cumbre de Curomo, Caracas, Venezuela;
(8) No. 3 Edificio Residencias Penafiel, Av. Principal de San Marino, Miranda, Venezuela;
(9) 12789 Meadowbreeze Drive, Wellington, Florida 33414;[1]

*Vehicles*
(10) 2017 Mercedes Benz GLS 550, Vehicle Identification Number ("VIN") 4JGDF7DE8HA893079;
(11) 2017 Mercedes Benz AMG G-63;
(12) 2017 Cadillac Escalade, VIN 1GYS4KKJ4HR135174;
(13) 2016 Porsche Cayenne, VIN WP1AC2A26GLA86557;
(14) 2016 Chevy Tahoe;
(15) 2016 Mercedes Benz AMG S-63, VIN WDDXJ7JB3GA012139
(16) 2015 Bentley Continental Convertible, VIN SCBGJ3ZA2FC044777;
(17) 2015 Chevrolet Silverado 2500, VIN 1GC4KYC83FF180852;
(18) 2014 Dodge Ram 3500;
(19) 2013 Toyota 4 Runner, VIN JTEZU5JR4D5048434;
(20) 2009 Cimarron Horse Trailer, VIN 5PAHG34249C006294;
(21) Lawnmower/tractor;
(22) Three (3) golf carts;

*Horses*
(23) Anastasia Du Park;
(24) Bonjovi;
(25) Boy IV;
(26) Clouwni;
(27) Cortina 186;
(28) Dipssy;
(29) Hardrock Z;
(30) Jenni's Chance;
(31) Joly Jumper;
(32) Leonardo RGS;
(33) Nokia de Brekka;
(34) Quilina VD Laarseheide Z;
(35) Reus de la Nutria;
(36) Ricore Courcelle;
(37) Tupac Van de Vrombautshoeve 2;
(38) U;
(39) Tinker Bell;

---

[1] Approximately $100,000 of the $250,000 purchase price for this property was funded by one of my co-conspirators; however, the remaining portion was funded by my wife and her family.

*Watches*
- (40) Rolex Daytona Cosmograph (platinum) watch, reference ("Ref") 116506, serial number ("SN") L900U410;
- (41) Rolex Yacht-Master II (white gold and platinum) watch, Ref 116689, SN V773093;
- (42) Rolex Sky-Dweller (yellow gold) watch, Ref 326938, SN 58W365Z2;
- (43) Hublot Big Bang King (rose gold and black dial) watch, Ref 322, SN 762177;
- (44) Hublot Big Bang King Black Magic (black titanium and ceramic) watch, Ref 322, SN 737211;
- (45) Hublot Big Bang Chronography Tourbillon 20th Anniversary of Ferrari watch, Limited 4 of 20, Ref 308.QX.1110.HR.SCFII, SN 930027;
- (46) Hublot King Power (black titanium and ceramic) watch, Limited 8 of 35, SN 860397;
- (47) Hublot Big Bang UEFA (black titanium and ceramic) watch, Limited 1557 of 2008, Ref 318, SN 739956;
- (48) Hublot Big Bang Yankee Victor (stainless steel) watch, Limited 29 of 100, Ref 301, SN 689869;
- (49) Hublot King Power (titanium and zirconium, rubber band) watch, Limited 244 of 500, SN 823700;
- (50) Hublot King Power LaVinotinto Chronograph (black titanium and ceramic) watch, Limited 11 of 40, SN 977783;
- (51) Patek Philippe Nautilus (stainless steel) watch, Ref 5990 / 1A-001, Movement No 5998681, SN A384FBC;
- (52) Patek Philippe Nautilus Annual Calendar (stainless steel) watch, Ref 5726/ 1A-001, Movement No 5334786, SN A384FAP;
- (53) Patek Philippe Nautilus manual (rose gold and stainless steel) watch, Ref 5980 / 1AR-001, Movement No 5928544, SN A3841AP;
- (54) Audemars Piguet Royal Oak Offshore Chronograph (rose gold and black rubber band) watch, Ref 3850, SN G29840;
- (55) Audemars Piguet Royal Oak Offshore Safari Chronograph (stainless steel and brown band) watch, No 5446, Ref 26170, SN G43443;
- (56) Audemars Piguet Royal Oak Offshore Chronograph Bumble Bee (carbon) watch, No 2376, Ref 26176, SN 48097;
- (57) Audemars Piguet Royal Oak Offshore (stainless steel) watch, No 1836, Ref 26170, SN G17332;
- (58) Roger Dubuis Easy Diver Tourbidiver (stainless steel) watch, Movement No RD05, SN 13/88;
- (59) Roger Dubuis Much More (rose gold) watch, SN 23/28, stamped 750;
- (60) Panerai Luminor Monopulsante GMT Chronograph (titanium and ceramic) watch, Limited L005 of 500, No OP6752, Ref PAM00317, SN BB1458977;
- (61) Panerai Luminor Submersible Divers Professional (stainless steel) watch, Limited J459 of 700, No OP6701, SN BB1253185;
- (62) Panerai Luminor (stainless steel) watch, Limited K198 of 500, No OP6726, SN PB0596207;

(63) IWC Pilot Spitfire Chronograph Perpetual Calendar (yellow gold) watch, No AU750, Ref IW379103, SN 5074132;
(64) Jaeger Le Coultre Master Compressor Diving GMT watch, Ref 159.T.05, SN 2471271;
(65) Jaeger Le Coultre Master Compressor Diving Chronograph (rose gold) watch, Ref 160.2.25, SN 2469332;
(66) Jaeger Le Coultre Master Grande Tradition Minute Repeater manual (titanium) watch, Limited 65 of 100, Ref. 187.T.67.S, SN 2653359;
(67) Frank Muller Casablanca (stainless steel) watch, No 1018, Ref 8885 C CC DT;
(68) Frank Muller Mariner (stainless steel and red dial) watch, No 69, Ref 908 CC AT Mar;
(69) Frank Muller Mariner Chronograph (stainless steel and blue dial) watch, No 29, Ref 8080 CC AT Mar;
(70) Frank Vila Tourbillon Planetaire Skeleton SuperLigero Concept (titanium) watch, Limited 3 of 8, Ref FVA N6;
(71) Frank Vila Chronograph (titanium) watch, Limited 3 of 48, Ref FVA10;
(72) Greubel Forsey GMT Global Double Tourbillon (white gold) watch, Limited 28 of 33, Ref GF GMT WG, stamped AU750 02 669;
(73) IWC Schaffhausen Big Pilot Antoine de Saint Exupery Edition (rose gold) watch, Limited 35 of 500, Ref IW500421, SN 3427442; and
(74) Rolex Daytona Cosmograph (yellow gold and blue dial) watch, Ref 116528, SN 52UM9527.

6.  In addition, upon my request, these co-conspirators transferred funds into the following financial accounts, among other accounts, to purchase, improve and/or maintain the following assets, as well as other assets, for my benefit (collectively, "**Subject Assets II**"):

*JPMorgan Chase Bank N.A. (United States)*
(75) Account number 000000941600801 held in the name of Telsey Properties Holding, LLC at JPMorgan Chase Bank N.A.;
(76) Account number 000003016268889 held in the name of Telsey Properties Holding, LLC at JPMorgan Chase Bank N.A.;
(77) Account number 000000941600959 held in the name of Doble A Records USA LLC at JPMorgan Chase Bank N.A.;
(78) Account number 000000471158365 held in the name of Malabar Management LLC at JPMorgan Chase Bank N.A.;

*Bank of America (United States)*
(79) Account number 898060394243 held in the name of Telsey Properties Holding LLC at Bank of America;
(80) Account number 898061778088 held in the name of Doble A Management LLC at Bank of America;
(81) Account number 898061778091 held in the name of Doble A Farm, LLC at

Bank of America;
(82) Account number 898039362866 held in the name of Malabar Management LLC at Bank of America;
(83) Account number 898061776899 held in the name of YICSMI66 LLC at Bank of America;
(84) Account number 898069490261 held in the name of YICSMI66 LLC at Bank of America;
(85) Account number 89805103479 held in the name of Yanoselli Colmenares at Bank of America;
(86) Account number 898059105508 held in the name of Emanuel Andrade at Bank of America;
(87) Account number 898053122325 held in the name of Maria Andrade at Bank of America;

*Wells Fargo Bank (United States)*
(88) Account number 5340241792 held in the name of Malabar Management, LLC at Wells Fargo Bank;
(89) Account number 5536404915 held in the name of Telsey Properties Holding, LLC at Wells Fargo Bank;
(90) Account number 3174647564 held in the name of Yanoselli Colmenares Mibelli at Wells Fargo Bank;
(91) Account number 3174683361 held in the name of Maria Andrade at Wells Fargo Bank;
(92) Account number 3174683353 held in the name of Maria Andrade at Wells Fargo Bank;

*Citibank (United States)*
(93) Account number ending in 9416 held in the name of Telsey Properties Holding LLC at Citibank;

*Interaudi Bank (United States)*
(94) Account number 721384 held in the name of Chiarezza Capital C.A. at Interaudi Bank;

*Nodus International Bank (Puerto Rico, United States)*
(95) Account Number 10588 held in the name of Godeja Inc. at Nodus International Bank;

*BSI Bank (Switzerland)*
(96) Account number CH77084651102506720001 held in the name of Tastor, Inc. at BSI Bank in Switzerland;
(97) Account number CH47084680000114931 held in the name of Telsey Managers International, Inc. at BSI Bank in Switzerland;
(98) Account number CH45084651109506820001 held in the name of Gerrion Capital S.A. at BSI Bank in Switzerland;

*EFG Bank (Switzerland)*
(99) Account number 17340217 held in the name of Tastor Global Fixed Income Fund Ltd. at EFG Bank in Switzerland;
(100) Account number CH08086670058467512l0 held in the name of Western Cape Holding at EFG Bank in Switzerland;
(101) Account number CH13086670058467612O8 held in the name of Andiron Corp at EFG Bank in Switzerland;
(102) Account number CH47084680000114931 held in the name of Telsey Managers International Inc. at EFG Bank in Switzerland;

*PKB Private Bank (Switzerland)*
(103) Account number CH3208663610001340100 held in the name of Rafael Eduardo Cedeno Wolkmar at PKB Private Bank in Switzerland;
(104) Account number CH2908663215812800003 held in the name of Gerrion Capital S.A. at PKB Private Bank in Switzerland;
(105) Account number CH8308663212812800001 held in the name of Gerrion Capital S.A. at PKB Private Bank in Switzerland;

*CA Indosuez (Switzerland)*
(106) Account number CH3087410144298O0001 held in the name of Gerrion Capital S.A. at CA Indosuez in Switzerland;

*LGT Bank AG (Switzerland)*
(107) Account number CH6508335002004660028 held in the name of Leonardo Gonzalez Dellan at LGT Bank AG in Switzerland;

*Credit Suisse (Switzerland)*
(108) Account number CH9004835111835192000 held in the name of Malabar Services Inc. at Credit Suisse in Switzerland;

*CBH Compagnie Bancaire Helvetique SA (Switzerland)*
(109) Account number CH05087620020786B000C held in the name of IBCDB Inc. at CBH Compagnie Bancaire Helvetique SA in Switzerland;
(110) Account number CH58087620021164B000C held in the name of Sevenstar Ltd. at CBH Compagnie Bancaire Helvetique SA in Switzerland;

*HSBC Private Bank (Switzerland)*
(111) Account number CH83086890509138l9335 held in the name of Raul Gorrin at HSBC Private Bank in Switzerland;

*Bank Julius Baer (Switzerland)*
(112) Account number 309.3232 held in the name of Maylen Properties Corp. at Bank Julius Baer in Switzerland;

*Banesco Panama (Panama)*
(113) Account number 110800015959 / 04441612 held in the name of Quest

Investment Group, Inc. at Banesco Panama in Panama;

*Aircraft*
(114) Dassault Mystere Falcon 50EX, Tail Number N133JA, SN 268;
(115) 2007 Learjet 45, Tail Number N196AT, SN 344;
(116) 1999 Gulfstream Aerospace G-V, Tail Number N502KA, SN 502; and

*Real Estate*
(117) 12955 SW 68 Avenue, Pinecrest, Florida 33156.

7. In addition, my wife and her family, through their company, own the following assets in which I may have an interest by virtue of our marriage (collectively, "**Subject Assets III**"):

*Real Estate*
(118) 1840 Capeside Circle, Wellington, Florida 33414; and
(119) 642 W. Rambling Drive, Wellington, Florida 33414.

7. I consent and agree to the entry of a **Forfeiture Money Judgment** in the amount of at least $1 billion, which is equal to the total value of the property, real or personal, laundered to, by, and/or for my benefit and involved in the money laundering conspiracy charged in the Information, and property traceable to such property.

8. In partial satisfaction of such **Forfeiture Money Judgment**, I consent and agree that all of my right, title, and interest in **Subject Assets I, Subject Assets II and Subject Assets III** shall be forfeited to and shall vest in the United States, pursuant to Title 18, United States Code, Section 982(a)(1), as property, real or personal, involved in the money laundering conspiracy charged in the Information, and/or as property traceable to such property. I waive all interest in the **Subject Assets I, Subject Assets II, and Subject Assets III** in any administrative or judicial forfeiture proceeding, whether criminal or civil, state or federal.

9. I waive any applicable time limits for the initiation of forfeiture proceedings regarding **Subject Assets I, Subject Assets II, and Subject Assets III**, including those set forth

in 18 U.S.C. § 983, and any claim or right to further notice of the forfeiture of such assets.

10. I agree to not contest or assist anyone else in contesting the forfeiture of **Subject Assets I, Subject Assets II, and Subject Assets III**. If any other person or entity makes a claim to any of **Subject Assets I, Subject Assets II, and Subject Assets III**, and such claim necessitates any further administrative or judicial forfeiture action regarding such assets, I agree to cooperate fully with the United States in any such proceedings.

11. In accordance with my Plea Agreement, upon request of the United States, I will transfer to the United States any of the **Subject Assets I, Subject Assets II, and Subject Assets III** in my possession and/or control.

12. I, including my agents, heirs, relatives, and assigns, hereby withdraw any and all claims and waive any answer and defenses in this matter that I have or might have against the United States, the U.S. Department of Justice, the U.S. Attorney's Office for the Southern District of Florida, the U.S. Department of Homeland Security, Homeland Security Investigations, U.S. Department of Treasury, the Federal Bureau of Investigation, Federal Deposit Insurance Corporation, and all agents, officers, and employees thereof (hereinafter the "Released Parties"), relating to the seizure of, or the commencement of administrative or judicial forfeiture proceedings against, the **Forfeiture Money Judgment, Subject Assets I, Subject Assets II, and Subject Assets III**, including any claims for lost profits or interest or excessive fines under the Eighth Amendment of the U.S. Constitution.

13. I agree to hold harmless the Released Parties from any and all claims pertaining to this matter and the **Forfeiture Money Judgment, Subject Assets I, Subject Assets II, and Subject Assets III.**

Consenting Party's Signature: I have read this Consent to Forfeiture and carefully reviewed each and every part of it with my legal counsel. I understand this Consent to Forfeiture and voluntarily agree to it.

10/31/18   By: _____
Date              ALEJANDRO ANDRADE CEDENO

Defense Counsel's Signature: I am counsel for Alejandro Andrade Cedeno. I have carefully reviewed each and every part of this Consent to Forfeiture with my client. To my knowledge, Alejandro Andrade Cedeno's decision to enter into this Consent to Forfeiture is an informed and voluntary one.

10/31/2018   By: _____
Date              Counsel for ALEJANDRO ANDRADE CEDENO