**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 17-80242-CR-ROSENBERG/HUNT**

__ SEALED

__ NOT SEALED

Per Local Rule 5.4(d), the matter(s) shall remain sealed.
____ years; ____ (specific date);
____ permanently; ____ (other).

**UNITED STATES OF AMERICA**

**v.**

**ALEJANDRO ANDRADE CEDENO,**

**Defendant.**
_________________________________/

**ORDER FOR INTERLOCUTORY SALE**
**OF CERTAIN ASSETS SUBJECT TO FORFEITURE**

THIS MATTER is before the Court on motion of the United States of America, pursuant to Rule 32.2(b)(7) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(e), for entry of an order authorizing the interlocutory sale of certain assets subject to forfeiture in the above-captioned matter in order to preserve and maximize their value for criminal forfeiture.

The Court having reviewed the United States' Unopposed Motion for Interlocutory Sale of Certain Assets Subject to Forfeiture, and finding that the expense of maintaining the horses, real properties, vehicles, and watches pending their final forfeiture would dissipate their value and/or that their interlocutory sales would expedite these forfeiture proceedings and maximize the value of the assets sought for forfeiture, and for good cause shown, it is hereby,

**ORDERED AND ADJUDGED** that the United States' Motion is **GRANTED**.

It is further **ORDERED AND ADJUDGED** that:

1. The United States of America, through appropriate personnel including agents of the U.S. Department of Treasury, Homeland Security Investigations ("HSI"), Customs and Border Protection ("CBP"), including personnel from its Fines, Penalties and Forfeitures office ("FP&F") or their designees, (collectively, the "United States") without further order of Court, is authorized

to market and sell the following specific assets (the "Certain Subject Assets"):

*Real Estate*

(1) **15231 Sunnyland Lane, Wellington, Florida 33414**, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon, and which is more fully described as:

Lot 19, Block 5, PALM BEACH POINT, according to the map or plat thereof as recorded in Plat Book 33, Page 133, Public Records of Palm Beach County, Florida; Parcel Identification Number: 73-41-44-19-01-005-0190;

(2) **15680 and 15740 46th Lane S, Wellington, Florida 33414**, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon, and which are more fully described as:

A parcel of land lying in Section 30, township 44 South, Range 41, Palm Beach county, Florida being described as follows: ELY 311.76 FT OF WLY1858.58 FT LYG S & ADJ TO PALM BEACH POINT AS IN PB33P133 & N& ADJ TO C-27 R/W A/K/A TR 5, Public Records of Palm Beach County, Florida; Parcel Identification Number: 73-41-44-30-00-000-7010; and

A parcel of land lying in Section 30, township 44 South, Range 41, Palm Beach county, Florida being described as follows: WLY 311.76 FT OF ELY4101.38 FT OF TH PT OF SEC LYG N OF & ADJ TO C-27 CNL R/W & SOF & PARALLEL TO LTS 12 & 13, Public Records of Palm Beach County, Florida; Parcel Identification Number: 73-41-44-30-00-000-7050;

(3) **1290 N. Ocean Boulevard, Palm Beach, Florida 33480**, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon, and which is more fully described as:

The North 33.89 feet to Lot 25-A and ALL of Lot 26-A of BELLO LIDO, according to the Plat thereof, as recorded in Plat Book 11, at Page 37, of the Public Records of Palm Beach County, Florida; and Lot 4 of Re-Plat of BELLO LIDO, according to the Plat thereof, as recorded in Plat Book 24, at Page 171, of the Public Records of Palm Beach County, Florida; Parcel Identification Number: 50-43-43-03-06-000-0251;

(4) **16912 Crown Bridge Drive, Del Ray Beach, Florida 33446**, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon, and which is more fully described as:

Lot 159, Bridges - Plat Four, according to the map of plat thereof as recorded in Plat 115 page 56, public records of Palm Beach County, Florida; Parcel Identification Number: 00-42-46-29-10-000-1590;

(5) **15159 Sunnyland Lane, Wellington, Florida 33414**, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon, and which is more fully described as:

Lots 20 & 21, Block 5, PALM BEACH POINT, according to the map or plat thereof as recorded in Plat Book 33, Page 133, Public Records of Palm Beach County, Florida;
Parcel Identification Number: 73-41-44-19-01-005-0200;

*Vehicles*

(6) 2017 Mercedes Benz GLS 550, Vehicle Identification Number ("VIN") 4JGDF7DE8HA893079;
(7) 2017 Mercedes Benz AMG G-63;
(8) 2017 Cadillac Escalade, VIN 1GYS4KKJ4HR135174;
(9) 2016 Porsche Cayenne, VIN WP1AC2A26GLA86557;
(10) 2016 Chevy Tahoe;
(11) 2016 Mercedes Benz AMG S-63, VIN WDDXJ7JB3GA012139
(12) 2015 Bentley Continental Convertible, VIN SCBGJ3ZA2FC044777;
(13) 2015 Chevrolet Silverado 2500, VIN 1GC4KYC83FF180852;
(14) 2014 Dodge Ram 3500;
(15) 2013 Toyota 4 Runner, VIN JTEZU5JR4D5048434;
(16) 2009 Cimarron Horse Trailer, VIN 5PAHG34249C006294;
(17) Lawnmower/tractor;
(18) Three (3) golf carts;

*Horses*

(19) Anastasia Du Park;
(20) Bonjovi;
(21) Boy IV;
(22) Clouwni;
(23) Cortina 186;
(24) Dipssy;
(25) Hardrock Z;
(26) Jenni's Chance;
(27) Joly Jumper;
(28) Leonardo RGS;
(29) Nokia de Brekka;
(30) Quilina VD Laarseheide Z;
(31) Reus de la Nutria;
(32) Ricore Courcelle;
(33) Tupac Van de Vrombautshoeve 2;
(34) U;
(35) Tinker Bell;

*Watches*

(36) Rolex Daytona Cosmograph (platinum) watch, reference ("Ref") 116506,

serial number ("SN") L900U410;
(37) Rolex Yacht-Master II (white gold and platinum) watch, Ref 116689, SN V773093;
(38) Rolex Sky-Dweller (yellow gold) watch, Ref 326938, SN 58W365Z2;
(39) Hublot Big Bang King (rose gold and black dial) watch, Ref 322, SN 762177;
(40) Hublot Big Bang King Black Magic (black titanium and ceramic) watch, Ref 322, SN 737211;
(41) Hublot Big Bang Chronography Tourbillon 20th Anniversary of Ferrari watch, Limited 4 of 20, Ref 308.QX.1110.HR.SCFII, SN 930027;
(42) Hublot King Power (black titanium and ceramic) watch, Limited 8 of 35, SN 860397;
(43) Hublot Big Bang UEFA (black titanium and ceramic) watch, Limited 1557 of 2008, Ref 318, SN 739956;
(44) Hublot Big Bang Yankee Victor (stainless steel) watch, Limited 29 of 100, Ref 301, SN 689869;
(45) Hublot King Power (titanium and zirconium, rubber band) watch, Limited 244 of 500, SN 823700;
(46) Hublot King Power LaVinotinto Chronograph (black titanium and ceramic) watch, Limited 11 of 40, SN 977783;
(47) Patek Philippe Nautilus (stainless steel) watch, Ref 5990 / 1A-001, Movement No 5998681, SN A384FBC;
(48) Patek Philippe Nautilus Annual Calendar (stainless steel) watch, Ref 5726/ 1A-001, Movement No 5334786, SN A384FAP;
(49) Patek Philippe Nautilus manual (rose gold and stainless steel) watch, Ref 5980 / 1AR-001, Movement No 5928544, SN A3841AP;
(50) Audemars Piguet Royal Oak Offshore Chronograph (rose gold and black rubber band) watch, Ref 3850, SN G29840;
(51) Audemars Piguet Royal Oak Offshore Safari Chronograph (stainless steel and brown band) watch, No 5446, Ref 26170, SN G43443;
(52) Audemars Piguet Royal Oak Offshore Chronograph Bumble Bee (carbon) watch, No 2376, Ref 26176, SN 48097;
(53) Audemars Piguet Royal Oak Offshore (stainless steel) watch, No 1836, Ref 26170, SN G17332;
(54) Roger Dubuis Easy Diver Tourbidiver (stainless steel) watch, Movement No RD05, SN 13/88;
(55) Roger Dubuis Much More (rose gold) watch, SN 23/28, stamped 750;
(56) Panerai Luminor Monopulsante GMT Chronograph (titanium and ceramic) watch, Limited L005 of 500, No OP6752, Ref PAM00317, SN BB1458977;
(57) Panerai Luminor Submersible Divers Professional (stainless steel) watch, Limited J459 of 700, No OP6701, SN BB1253185;
(58) Panerai Luminor (stainless steel) watch, Limited K198 of 500, No OP6726, SN PB0596207;
(59) IWC Pilot Spitfire Chronograph Perpetual Calendar (yellow gold) watch, No AU750, Ref IW379103, SN 5074132;
(60) Jaeger Le Coultre Master Compressor Diving GMT watch, Ref 159.T.05,

       SN 2471271;

(61)  Jaeger Le Coultre Master Compressor Diving Chronograph (rose gold) watch, Ref 160.2.25, SN 2469332;

(62)  Jaeger Le Coultre Master Grande Tradition Minute Repeater manual (titanium) watch, Limited 65 of 100, Ref. 187.T.67.S, SN 2653359;

(63)  Frank Muller Casablanca (stainless steel) watch, No 1018, Ref 8885 C CC DT;

(64)  Frank Muller Mariner (stainless steel and red dial) watch, No 69, Ref 908 CC AT Mar;

(65)  Frank Muller Mariner Chronograph (stainless steel and blue dial) watch, No 29, Ref 8080 CC AT Mar;

(66)  Frank Vila Tourbillon Planetaire Skeleton SuperLigero Concept (titanium) watch, Limited 3 of 8, Ref FVA N6;

(67)  Frank Vila Chronograph (titanium) watch, Limited 3 of 48, Ref FVA10;

(68)  Greubel Forsey GMT Global Double Tourbillon (white gold) watch, Limited 28 of 33, Ref GF GMT WG, stamped AU750 02 669;

(69)  IWC Schaffhausen Big Pilot Antoine de Saint Exupery Edition (rose gold) watch, Limited 35 of 500, Ref IW500421, SN 3427442; and

(70)  Rolex Daytona Cosmograph (yellow gold and blue dial) watch, Ref 116528, SN 52UM9527.

2.   The United States, without further order of the Court, is authorized, pursuant to the applicable laws, to execute documents, to transfer title, and to otherwise effect the transfer of all right, title, and interest in the Certain Subject Assets to any purchaser thereof;

3.   In furtherance of the interlocutory sales, the United States is authorized to conduct inspections, inventories, and appraisals, and take any other action necessary to maintain or preserve the value of the Certain Subject Assets, or to ensure animal welfare, pending the sale of the Certain Subject Assets;

4.   The Certain Subject Assets shall be sold for the best and highest market price reasonably obtainable;

5.   The United States shall be reimbursed from the sale proceeds of the Certain Subject Assets for all costs and expenses incurred in their seizure and/or maintenance in accordance with the appropriate statutes;

6.   The net proceeds from the sales of the Certain Subject Assets, following payment

of the costs and expenses, shall be held by the United States, pending further order of the Court; and

7. To the extent any lien or other interest in any of the Certain Subject Assets exists, the interlocutory sale proceeds will replace that particular asset. After an asset is sold, it is ordered that any existing interest will not attach to that asset and will instead attach to the net proceeds from the sale of the asset.

**DONE AND ORDERED** in West Palm Beach, Florida, this _______ day of November, 2018.

HON. ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE