NS:md

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 17-80242-CR-ROSENBERG/HUNT

UNITED STATES OF AMERICA,

vs.

ALEJANDRO ANDRADE CEDENO,

        Defendant.

_____/



<u>Sealed</u>

FILED by _____ D.C.

NOV 0 9 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

### <u>NOTICE OF LIS PENDENS RE: FORFEITURE</u>

**GRANTEE(S):  YICSMI66 LLC**

TO:    ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER A DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of Fla. Stat. § 48.23, as made applicable hereto by 28 U.S.C. § 1964, that on December 18, 2017, the United States filed a criminal Information in the United States District Court for the Southern District of Florida in the foregoing action.  Pursuant to 21 U.S.C. § 853(p), the United States of America seeks to forfeit the real property located at 642 W. Rambling Drive, Wellington, Florida 33414, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon, and which is more fully described as:

> Parcel in Section 2, Township 44 South, Range 41 East, Palm Beach County, Florida, A/K/A Tract T-10-C, Little Ranches No. 2, unrecorded, more particularly described as follows: That part of Section 2, Township 44 South, Range 41 East, Palm Beach County, Florida, described as follows: Commencing at the Northwest (NW) corner of said Section 2, thence East (E) along the North (N) line of said Section 2, a distance of 1497.50 feet; thence South a distance of 626.06 feet; thence South 75 degrees 00' 00" West, a distance

of 91.96 feet to P.C of a curve; thence Southwesterly, West and Northwesterly on a tangential curve to the right with a radius of 627.58 feet a distance of 208.11 feet to the P.T. of said curve; thence North 86 degrees 00' 00" West a distance of 330 feet to the P.C of a curve; thence Northwesterly, West, Southwesterly, South and Southeasterly on a tangential curve to the left with a radius of 388.75 feet a distance of 846.36 feet to the P.C.C of a compound curve; thence Southeasterly on a compound curve to the right with a radius of 605.48 feet a distance of 304.39 feet to the P.T. of said curve; thence South 01 degrees 56' 15" East a distance of 389.13 feet to the actual point of beginning of the tract of land to be described; thence continuing South 01 degrees 56' 15" East, a distance of 180 feet; thence North 88 degrees 03' 45" East a distance of 480 feet; thence North 01 degrees 56' 15" West a distance of 180 feet; thence South 88 degrees 03' 45" West a distance of 480 feet to the actual point of beginning; for the purposes of this description the North line of said Section 2 is assumed to be due East and West line.

Parcel Identification Number:  73-41-44-02-01-003-0100.

FURTHER  NOTICE  IS  HEREBY  GIVEN  that  the  provisions  of  21  U.S.C.  § 853(k)

prohibit any claimant to the described property from (1) intervening in the trial or appeal of the

criminal case, or (2) commencing an action at law or equity against the United States concerning

the validity of any alleged interest subsequent to the Information, except following the entry of any

order of forfeiture as provided by 21 U.S.C. § 853(n).

> Respectfully submitted,
>
> ARIANA FAJARDO ORSHAN
> UNITED STATES ATTORNEY

This instrument was
prepared by:

By:    s/ Nalina Sombuntham
Nalina Sombuntham (Fla. Bar No. 96139)
Assistant United States Attorney
E-mail: nalina.sombuntham@usdoj.gov
99 N.E. 4th Street - 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9224
Facsimile: (305) 536-4089