NS:md

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 17-80242-CR-ROSENBERG/HUNT

UNITED STATES OF AMERICA,

vs.

ALEJANDRO ANDRADE CEDENO,

Defendant.
_____/

Sealed

FILED by ___ D.C.

NOV 0 9 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## NOTICE OF LIS PENDENS RE: FORFEITURE

**GRANTEE(S): Telsey Properties Holding LLC**

TO:  ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER A DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of Fla. Stat. § 48.23, as made applicable hereto by 28 U.S.C. § 1964, that on December 18, 2017, the United States filed a criminal Information in the United States District Court for the Southern District of Florida in the foregoing action. Pursuant to 18 U.S.C. § 982(a)(1), the United States of America seeks to forfeit the real property located at 15231 Sunnyland Lane, Wellington, Florida 33414, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon, and which is more fully described as:

> Lot 19, Block 5, PALM BEACH POINT, according to the map or plat thereof as recorded in Plat Book 33, Page 133, Public Records of Palm Beach County, Florida.
>
> Parcel Identification Number: 73-41-44-19-01-005-0190.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the Information, except following the entry of any order of forfeiture as provided by 21 U.S.C. § 853(n).

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

This instrument was prepared by:

By:   s/ *Nalina Sombuntham*
      Nalina Sombuntham (Fla. Bar No. 96139)
      Assistant United States Attorney
      E-mail: nalina.sombuntham@usdoj.gov
      99 N.E. 4th Street - 7th Floor
      Miami, Florida 33132
      Telephone: (305) 961-9224
      Facsimile: (305) 536-4089