NS:md

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 17-80242-CR-ROSENBERG/HUNT

**UNITED STATES OF AMERICA,**

vs.

**ALEJANDRO ANDRADE CEDENO,**

   **Defendant.**
_____/

Sealed

FILED by ___ D.C.
NOV 0 9 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## NOTICE OF LIS PENDENS RE: FORFEITURE

**GRANTEE(S): Doble A Farm LLC**

TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER A DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

  NOTICE IS HEREBY GIVEN, pursuant to the provisions of Fla. Stat. § 48.23, as made applicable hereto by 28 U.S.C. § 1964, that on December 18, 2018, the United States filed a criminal Information in the United States District Court for the Southern District of Florida in the foregoing action. Pursuant to 18 U.S.C. § 982(a)(1), the United States of America seeks to forfeit the real property located at 15680 46th Lane South, Wellington, Florida 33414, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon, and which is more fully described as:

  A parcel of land lying in Section 30, township 44 South, Range 41, Palm Beach county, Florida being described as follows: ELY 311.76 FT OF WLY1858.58 FT LYG S & ADJ TO PALM BEACH POINT AS IN PB33P133 & N& ADJ TO C-27 R/W A/K/A TR 5, Public Records of Palm Beach County, Florida.

  Parcel Identification Number: 73-41-44-30-00-000-7010.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the Information, except following the entry of any order of forfeiture as provided by 21 U.S.C. § 853(n).

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

This instrument was prepared by:

By: s/ *Nalina Sombuntham*
    Nalina Sombuntham (Fla. Bar No. 96139)
    Assistant United States Attorney
    E-mail: nalina.sombuntham@usdoj.gov
    99 N.E. 4th Street - 7th Floor
    Miami, Florida 33132
    Telephone: (305) 961-9224
    Facsimile: (305) 536-4089