NS:md

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80242-CR-ROSENBERG/HUNT     Sealed

**UNITED STATES OF AMERICA,**

vs.

**ALEJANDRO ANDRADE CEDENO,**

      **Defendant.**
_____/

FILED by ___ D.C.
NOV 09 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## NOTICE OF LIS PENDENS RE: FORFEITURE

**GRANTEE(S):** Crown Bridge Investment LLC

TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER A DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of Fla. Stat. § 48.23, as made applicable hereto by 28 U.S.C. § 1964, that on December 18, 2017, the United States filed a criminal Information in the United States District Court for the Southern District of Florida in the foregoing action. Pursuant to 18 U.S.C. § 982(a)(1), the United States of America seeks to forfeit the real property located at 16912 Crown Bridge Drive, Del Ray Beach, Florida 33446, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon, and which is more fully described as:

    Lot 159, Bridges - Plat Four, according to the map of plat thereof as recorded in Plat 115 page 56, public records of Palm Beach County, Florida.

    Parcel Identification Number: 00-42-46-29-10-000-1590.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the Information, except following the entry of any order of forfeiture as provided by 21 U.S.C. § 853(n).

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

This instrument was prepared by:

By:   s/ *Nalina Sombuntham*
      Nalina Sombuntham (Fla. Bar No. 96139)
      Assistant United States Attorney
      E-mail: nalina.sombuntham@usdoj.gov
      99 N.E. 4th Street - 7th Floor
      Miami, Florida 33132
      Telephone: (305) 961-9224
      Facsimile: (305) 536-4089