NS:md

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80242-CR-ROSENBERG/HUNT

UNITED STATES OF AMERICA,

vs.

ALEJANDRO ANDRADE CEDENO,

Defendant.
_____/

Sealed

FILED by _____ D.C.

NOV 09 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

### NOTICE OF LIS PENDENS RE: FORFEITURE

**GRANTEE(S): YICSMI66 LLC**

TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER A DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of Fla. Stat. § 48.23, as made applicable hereto by 28 U.S.C. § 1964, that on December 18, 2017, the United States filed a criminal Information in the United States District Court for the Southern District of Florida in the foregoing action. Pursuant to 18 U.S.C. § 982(a)(1), the United States of America seeks to forfeit the real property located at 12789 Meadowbreeze Drive, Wellington, Florida 33414, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon, and which is more fully described as:

> Lot 150, MEADOWLAND COVE – PLAT NO. 1 OF WELLINGTON – P.U.D., according to the Plat thereof, on file in the Office of the Clerk of the Circuit court in and for Palm Beach County, Florida, as recorded in Plat Book 58, Page 9.

> Parcel Identification Number: 73-41-44-09-04-000-1500.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the Information, except following the entry of any order of forfeiture as provided by 21 U.S.C. § 853(n).

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

This instrument was
prepared by:           By:    s/ Nalina Sombuntham
                              Nalina Sombuntham (Fla. Bar No. 96139)
                              Assistant United States Attorney
                              E-mail: nalina.sombuntham@usdoj.gov
                              99 N.E. 4th Street - 7th Floor
                              Miami, Florida 33132
                              Telephone: (305) 961-9224
                              Facsimile: (305) 536-4089