UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cr-80242-ROSENBERG

FILED by _____ D.C.

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. · W.P.B.

UNITED STATES OF AMERICA

v.

ALEJANDRO ANDRADE CEDENO,

Defendant.

_____/

FILED by __COS__ D.C.

NOV 1 9 2018

STEVEN M. LARIMORE
CLERK U.S. LARIMORE
S.D. OF FLA. · W.P.B.

## UNOPPOSED MOTION TO UNSEAL

NOW COMES the United States of America, by and through its undersigned attorneys, and respectfully requests that the docket in the above-captioned case be unsealed and that all individual docket entries be unsealed except for those that have been sealed pursuant to an independent sealing order.

On December 22, 2017, the United States sought to seal, and the Court so ordered, the name of the defendant and all docket entries, except the Motion to Seal. Notably, the request was made to preserve the integrity of continuing investigations of additional individuals and entities, and to prevent the risk of flight or destruction of evidence. In addition, there was the existence of possible danger to the defendant and his relatives had the disclosure of the case been disclosed prematurely. Although danger still exists, all available measures have been taken to mitigate any such issues. Therefore, in light of the upcoming sentencing, the United States requests that the Court revert back to normal docketing procedures.

The United States has consulted with defendant's counsel regarding this motion, and the defendant does not oppose the relief requested.

WHEREFORE, the United States of America respectfully moves this Court to direct that

the docket in the above-captioned case be unsealed as designated above.


                                        SANDRA MOSER
                                        ACTING CHIEF, FRAUD SECTION
                                        Criminal Division
                                        U.S. Department of Justice


Date: _11/19/2018_____          By: _____
                                        VANESSA SNYDER
                                        PAUL HAYDEN
                                        TRIAL ATTORNEYS


Date: _11/19/2018_____          By: _____
                                        MICHAEL NADLER
                                        ASSISTANT U.S. ATTORNEY
                                        United States Attorney's Office
                                        Southern District of Florida