UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cr-80242-ROSENBERG

UNITED STATES OF AMERICA

v.

ALEJANDRO ANDRADE CEDENO,

Defendant.
_____/

### ORDER TO UNSEAL

The United States of America, having applied to this Court for an order to unseal, and the Court finding good cause:

IT IS HEREBY ORDERED that the docket should be unsealed, except as to those docket entries that have been sealed pursuant to a specific and independent Court Order.

DONE AND ORDERED in chambers at West Palm Beach, Florida, this ____ day of November 2018.

_____
HON. ROBIN ROSENBERG
UNITED STATES DISTRICT JUDGE

CC: Michael B. Nadler, AUSA
Vanessa Sisti Snyder, DOJ Trial Attorney
Paul Hayden, DOJ Trial Attorney
Roberto Martinez, Esq.
Curtis Miner, Esq.