UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cr-80242-ROSENBERG



UNITED STATES OF AMERICA

v.

ALEJANDRO ANDRADE CEDENO,

Defendant.
_____/

## ORDER TO UNSEAL

The United States of America, having applied to this Court for an order to unseal, and the Court finding good cause:

IT IS HEREBY ORDERED that the docket should be unsealed, except as to those docket entries that have been sealed pursuant to a specific and independent Court Order.

DONE AND ORDERED in chambers at West Palm Beach, Florida, this 20th day of November 2018.

　　　　　　　　　　　　　　　　　　　HON. ROBIN ROSENBERG
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

CC:　Michael B. Nadler, AUSA
　　　Vanessa Sisti Snyder, DOJ Trial Attorney
　　　Paul Hayden, DOJ Trial Attorney
　　　Roberto Martinez, Esq.
　　　Curtis Miner, Esq.