UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


UNITED STATES OF AMERICA,

                                      CASE NO. 17-80242 Cr. Rosenberg

vs.


ALEJANDRO ANDRADE CEDENO,

      Defendant.

_____/


## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Stephen James Binhak, of the Law Office of Stephen James Binhak, P.L.L.C., enters this appearance as counsel on behalf of Defendant Alejandro Andrade Cedeno, in this case for trial and all proceedings in the District Court only. Please serve all pleadings and papers on the undersigned at the address listed below.

Counsel acknowledges responsibility to advise the defendant of the right to appeal, and to file a timely notice of appeal if requested to do so by the defendant.

Counsel hereby states that this appearance is in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

I hereby acknowledge that I have read this form and consent to the representation of the above counsel as noted above.

Alejandro Andrade Cedeno

November 26, 2017

Respectfully Submitted,

**THE LAW OFFICE OF STEPHEN JAMES BINHAK, P.L.L.C.**
*Attorneys for Alejandro Andrade Cedeno*
1221 Brickell Ave., Suite 2010
Miami, Florida  33131
Telephone: (305) 361-5500
Facsimile: (305) 428-9532

By:____/s/ Stephen James BInhak____
Stephen James Binhak, Esq.
Florida Bar No. 736491
binhaks@binhaklaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2018, I electronically filed the foregoing motion with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Stephen James Binhak
STEPHEN JAMES BINHAK
