UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

                                        Case No. 17-80242-cr-Rosenberg

vs.

ALEJANDRO ANDRADE CEDENO

       Defendant.
_____/

### ALEJANDRO ANDRADE CEDENO'S UNOPPOSED MOTION TO CORRECT SENTENCE OR ALTERNATIVELY TO AMEND THE COURT'S DESIGNATION RECOMMENDATION TO THE BUREAU OF PRISONS

Alejandro Andrade Cedeno files this Motion to Correct Sentence or Alternatively to Amend the Court's Recommendation regarding Mr. Andrade's Bureau of Prison's Designation.

1.    On December 18, 2017, the United States Attorney's Office filed an information which charged Mr. Andrade with conspiracy to engage in money laundering in violation of 18 U.S.C. § 1957.

2.    On December 22, 2017, Mr. Andrade plead guilty to the charges in the Information.

3.    On November 27, 2018, the Court held a sentencing hearing for Mr. Andrade.

4.    During the sentencing hearing, counsel for Mr. Andrade requested that the Court recommend to the U.S. Bureau of Prisons that Mr. Andrade be designated to "FCI Coleman Low" the Federal Correctional Institution located in Sumterville, Florida.  The United States did not oppose this request.

5. On November 30, 2018, the Court issued its Judgment and Commitment Order and included a recommendation that the U.S. Bureau of Prisons designate Mr. Andrade to Coleman Low. The Order says: "The Court makes the following recommendations to the Bureau of Prisons: that the defendant be incarcerated at FCI-Coleman Low. The Court further recommends that the defendant no be incarcerated in a private of contract facility."

6. Counsel for Mr. Andrade made the request for FCI Coleman Low in error. For a variety of reasons, Mr. Andrade requests that the Court change its recommendation so that "FCI Jesup-Low" the Federal Correctional Institution in Jesup, Georgia is inserted instead of "FCI-Coleman-Low." The United States does not oppose this request.

7. Specifically, Mr. Andrade requests that the J&C now say: "The Court makes the following recommendations to the Bureau of Prisons: that the defendant be incarcerated at FCI-Jesup Low. The Court further recommends that the defendant no be incarcerated in a private of contract facility."

8. Fed.R.Cr.P. 35(a) allows the court (within 14 days after sentencing), to "correct a sentence that resulted from arithmetical, technical, or other clear error."

9. Accordingly, Mr. Andrade requests that the Court correct the Judgment and Commitment Order solely to reflect a recommendation to Jesup Low rather than Coleman Low.

10. To the extent that the Court determines that Fed.R.Cr.P. 35(a) does not apply to this situation, Mr. Andrade requests that the Court enter an order modifying the recommendation in the Judgment and Commitment Order from Coleman Low to Jesup Low.

11. The Assistant United States Attorneys assigned to this case have advised counsel for Mr. Andrade that the United States does not oppose the relief requested in this Motion.

Respectfully submitted,

| THE LAW OFFICE OF STEPHEN JAMES BINHAK, P.L.L.C.<br>*Attorneys for Alejandro Andrade Cedeno*<br>1221 Brickell Ave., Suite 2010<br>Miami, Florida 33131<br><br>Telephone: (305) 361-5500<br>Facsimile: (305) 428-9532<br><br>By:    /s/ Stephen James Binhak    <br>Stephen James Binhak, Esq.<br>Florida Bar No. 736491<br>binhaks@binhaklaw.com | COLSON HICKS EIDSON, P.A.<br>*Attorneys for Alejandro Andrade Cedeno*<br>255 Alhambra Circle, Penthouse<br>Coral Gables, Florida 33134<br><br>Tel: (305) 476-7400<br><br>By:            /s/ Curtis Miner         <br>Roberto Martinez<br>Fla Bar No. 305596<br>bob@colson.com<br>Curtis Miner<br>Fla Bar No. 885681<br>curt@colson.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2018, I filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will cause a Notice of Electronic Filing to be delivered by e-mail to all counsel of record.

        /s/ Stephen James Binhak
STEPHEN JAMES BINHAK