# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 17-80242-Cr-Rosenberg |
| DEFENDANT | TYPE OF PROCESS |
| US v. Alejandro Andrade Cedeno | Preliminary Order of Forfeiture(DE 30) |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE:
thirty five (35) miscellanous watches
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
c/o CBP/HSI Miami, FL

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Nalina Sombuntham, AUSA
99 NE 4th Street, Suite 700
Miami, Florida 33132

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| CHECK BOX IF SERVICE IS ON USA | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

2018-5201-000310-01

CATS #

Signature of Attorney or other Originator requesting service on behalf of: ☑ Plaintiff ☐ Defendant
TELEPHONE NO. 305 961-9224
DATE 11/20/18

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.
District of Origin No. ____
District to Serve No. ____
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.
DATE

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC, NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)
DATE OF SERVICE: 3/2/2018
TIME OF SERVICE: 11:30 ☑ AM ☐ PM
SIGNATURE, TITLE AND TREASURY AGENCY: [signature], SA HSI

REMARKS:
Watches seized pursuant to POF

TD F 90-22.48 (6/96)