# Department of the Treasury
## Federal Law Enforcement Agencies
### PROCESS RECEIPT AND RETURN

| PLANTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 17-80242-Cr-Rosenberg |
| DEFENDANT | TYPE OF PROCESS |
| US v. Alejandro Andrade Cedeno | Preliminary Order of Forfeiture(DE 30) |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.
fourteen (14) miscellanous horses
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
c/o CBP/HSI Miami, FL

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Nalina Sombuntham, AUSA
99 NE 4th Street, Suite 700
Miami, Florida 33132

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| CHECK BOX IF SERVICE IS ON USA | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

2018-5201-9000890-01

CATS #

Signature of Attorney or other Originator requesting service on behalf of: ☑ Plaintiff  ☐ Defendant

TELEPHONE NO. 305 961-9224

DATE 11/28/18

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.

District of Origin No. _____
District to Serve No. _____

SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.

DATE

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS" THE PROCESS DESCRIBED ON THE INDIVIDUAL COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE, OR ON THE ADDRESS INSERTED BELOW.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE

TIME OF SERVICE ☐ AM ☐ PM

SIGNATURE, TITLE AND TREASURY AGENCY
SA, HSI

REMARKS:
Horses Seized pursuant to POF

TD F 90-22.48 (6/96)