# Department of the Treasury
## Federal Law Enforcement Agencies
### PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 17-80242-Cr-Rosenberg |
| **DEFENDANT** | **TYPE OF PROCESS** |
| US v. Alejandro Andrade Cedeno | Preliminary Order of Forfeiture(DE 30) |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.
R/P located at: (5) 15159 Sunnyland Lane, Wellington, Florida 33414
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
c/o CBP/HSI Miami, FL

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Nalina Sombuntham, AUSA
99 NE 4th Street, Suite 700
Miami, Florida 33132

NUMBER OF PROCESS TO BE SERVED IN THIS CASE: 1
NUMBER OF PARTIES TO BE SERVED IN THIS CASE: 1
CHECK BOX IF SERVICE IS ON USA: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please post & walk.

Signature of Attorney or other Originator requesting service on behalf of: ☑ Plaintiff ☐ Defendant
TELEPHONE NO.: 305 961-9224
DATE: 11/28/18

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.
District of Origin No. ___
District to Serve No. ___

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC. AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)
DATE OF SERVICE: 12/4/2018
TIME OF SERVICE: 11:00 ☑ AM ☐ PM
SIGNATURE, TITLE AND TREASURY AGENCY: [signature], SA, HSI

REMARKS:
Posted on Front Door

TD F 90-22.48 (6/96)