UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-80242-CR-ROSENBERG/HUNT

UNITED STATES OF AMERICA

v.

ALEJANDRO ANDRADE CEDENO,

    Defendant.
_____/

ORDER CLARIFYING ORDER FOR INTERLOCUTORY SALE
OF CERTAIN ASSETS SUBJECT TO FORFEITURE

THIS MATTER is before the Court on motion of the United States of America, pursuant to Rule 32.2(b)(7) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(e), for entry of an order clarifying the Order for Interlocutory Sale of Certain Assets Subject to Forfeiture [ECF No. 44] (the "Order for Interlocutory Sale"), which authorized the United States of America to market and sell certain preliminarily forfeited assets, including horses, vehicles, and real properties, among other assets.

Based on the United States' Unopposed Motion To Clarify Order for Interlocutory Sale of Certain Assets Subject to Forfeiture (the "Motion"), the record in this case, and for good cause shown, the United States' Motion is **GRANTED**, and it is hereby **ORDERED** that the Order for Interlocutory Sale [ECF No. 44] is modified *nunc pro tunc* to clarify that:

    1.    In authorizing the sale of the horses, which are listed in items (19)-(35), the Order for Interlocutory Sale also authorizes the United States of America to market and sell all tack and related horse equipment, including, but not limited to, saddles, bridles, girths, boots, blankets, lunge lines, straps, saddle pads, fly masks, jelly pads, standing wraps, polos, saddle cushions, half pads, and riser pads;

2. The vehicle listed as a 2017 Mercedes Benz AMG G-63 in item (7) in the Order for Interlocutory Sale is further identified by VIN WDCYC7DF5HX276933, and the United States of America is authorized to market and sell such asset; and

3. With respect to the real estate listed in the Order for Interlocutory Sale in items (1)-(5):

    i. The sale of such real properties will be conducted in accordance with terms established by the U.S. Department of Treasury, including that such properties be sold "as is" and "with all faults;" all buyer inspections be conducted prior to submitting an offer; any failure to inspect would not constitute a cancellation of the sale; all deposits are non-refundable; and closing should occur within 30 calendar days of the Government's execution of the sales contract accepting an offer; and

    ii. The sale of the following forfeited real properties (listed with the same numbering as in the Order for Interlocutory Sale) shall initially be **via broker** by the U.S. Department of Treasury, through its contractor CWS Asset Management & Sales ("CWS"):

        (1) 15231 Sunnyland Lane, Wellington, Florida 33414;

        (3) 1290 N. Ocean Boulevard, Palm Beach, Florida 33480; and

        (5) 15159 Sunnyland Lane Wellington, Florida 33414.

If the Government deems the highest offer for such properties via broker sale to be unsatisfactory, or if such properties remain unsold by April 15, 2019, the Government, in its sole discretion, may decide to use other sales methods, such as auctions, to sell these properties.

4.  The Order for Interlocutory Sale, as clarified by this Order, shall remain in full force and effect until further order of this Court.

**DONE AND ORDERED** in West Palm Beach, Florida, this 7th day of January, 2019.

*Robin L. Rosenberg*

———————————————————
HON. ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

cc:   Nalina Sombuntham, Assistant U.S. Attorney (2 certified copies)