NS:md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   17-80242-CR-ROSENBERG/HUNT

UNITED STATES OF AMERICA,

v.

ALEJANDRO ANDRADE CEDENO,

       Defendant.
_____ /

## RELEASE OF LIS PENDENS

**GRANTEE(S):** Antopinker, LLC, a Florida limited liability company

TO:    ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER ANY OF THE DEFENDANT(S) AND/OR GRANTEE(S) any interest in the real property described herein.

NOTICE IS HEREBY GIVEN, that a Notice of Lis Pendens regarding real property located at 12955 SW 68th Avenue, Pinecrest, Florida 33156, filed in proceedings before this Court, ECF No. 42, and recorded in Miami-Dade. County, on November 26, 2018, CFN 2018R0713597 OR Book 31231, Pages 509-510, giving notice of the pendency of a criminal action in the U.S. District Court for the Southern District of Florida entitled *United States of America v. Alejandro Andrade Cedeno,* Case No. 17-80242-Cr-Rosenberg/Hunt, is hereby **released and discharged**.

The real property, including all buildings, improvements, fixtures, attachments and

easements found therein or thereon, is more particularly described as:

Lot 18, in Block 4, of Rock Lake, according to the Plat thereof, as recorded in Plat Book 65, at Page 44, of the Public Records of Miami-Dade County, Florida.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   s/ *Nalina Sombuntham*
     Nalina Sombuntham
     Assistant United States Attorney
     Fla. Bar No. 96139
     99 N.E. 4th Street, 7th Floor
     Miami, Florida 33132-2111
     Telephone: (305) 961-9224
     Facsimile:   (305) 530-6166
     nalina.sombuntham2@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 21, 2019, I electronically filed the foregoing *Release of Lis Pendens* with the Clerk of the Court using CM/ECF.

     *s/Nalina Sombuntham*
     Nalina Sombuntham
     Assistant United States Attorney