UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-CR-80242-ROSENBERG

**UNITED STATES OF AMERICA**

vs.

**ALEJANDRO ANDRADE CEDENO,**

       **Defendant.**
_____/

**IN RE:**

**PAUL TRACY INC, AND
PALM BEACH EQUINE CLINIC LLC,**

       **Third-Party Petitioners.**
_____/

**MOTION TO APPROVE AND ENTER STIPULATION AND SETTLEMENT AGREEMENT
BETWEEN UNITED STATES OF AMERICA AND PAUL TRACY INC,
AND PALM BEACH EQUINE CLINIC LLC**

      Pursuant to 21 U.S.C. § 853(n), the United States of America (the "United States") files this motion requesting that the Court approve and enter the Stipulation and Settlement Agreements ("Agreements") between the United States and third-party petitioners Paul Tracy Inc. and Palm Beach Equine Clinic LLC (collectively, the "Petitioners"), which are attached as Exhibits A and B.  In support of this motion, the United States submits:

      1.      On November 6, 2018, the Court entered a Preliminary Order of Forfeiture (DE 30).  As part of the Preliminary Order of Forfeiture, the Court entered a forfeiture money judgment in the amount of $1 billion in U.S. currency against defendant Alejandro Andrade Cedeno (DE 30:8).  Pursuant to 18 U.S.C. § 982(a)(1), seventeen horses, among other assets, were forfeited and vested in the United States in partial satisfaction of such forfeiture money judgment (DE 30:8-10).

      2.      On November 20, 2018, the Court approved the interlocutory sale of the horses and an auction was held in February 2019 (DE 44) for the sale of 14 of the horses.  The net proceeds from the sale

totaled approximately $1.7 million.

3. According to Petitioner Paul Tracy Inc, Paul Tracy Inc performed farrier services on the 14 horses prior to their seizure and sale, which totaled $10,265. According to Petitioner Palm Beach Equine Clinic LLC, Palm Beach Equine Clinic LLC provided veterinary and other services on the horses prior to their seizure and sale, which totaled approximately $84,982.19.

4. The United States and Petitioners have entered into the attached Agreements, which resolve each Petitioner's interest in the above-captioned matter. *See* Exhibits A and B. These Agreements are subject to the Court's approval.

5. Accordingly, the United States now files this motion respectfully requesting that the Court enter the attached order approving the Agreements filed in record, and retain jurisdiction over this matter and the parties to enter such further orders as may be necessary for the disposal of forfeited assets.

Respectfully Submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: /s/ William T. Zloch
WILLIAM T. ZLOCH (Florida Bar No. 0105619)
ASSISTANT UNITED STATES ATTORNEY
Email: William.zloch@usdoj.gov
United States Attorney's Office
500 S. Australian Ave. Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 820-8777

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 6, 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

*/s/ William T. Zloch*
William T. Zloch
Assistant U.S. Attorney