UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-CR-80242-ROSENBERG

UNITED STATES OF AMERICA

vs.

ALEJANDRO ANDRADE CEDENO,

        Defendant.
_____/

IN RE:

PAUL TRACY INC, AND
PALM BEACH EQUINE CLINIC LLC,

        Third-Party Petitioners.
_____/

### ORDER APPROVING STIPULATION AND SETTLEMENT AGREEMENTS BETWEEN UNITED STATES OF AMERICA AND PETITIONERS PAUL TRACY INC, AND PALM BEACH EQUINE CLINIC LLC

THIS CAUSE is before the Court upon motion of the United States of America (the "United States") to approve the Stipulation and Settlement Agreements between the United States of America, and third-party petitioners Paul Tracy Inc and Palm Beach Equine Clinic LLC.

The Court being fully advised in the premises, it is hereby:

**ORDERED** and **ADJUDGED** as follows:

1. The United States' motion is **GRANTED.**

2. The Stipulation and Settlement Agreements between the United States and third-party petitioners Paul Tracy Inc and Palm Beach Equine Clinic LLC are **APPROVED.**

3. The Court will retain jurisdiction over this matter and the parties to enter such

further orders as may be necessary for the disposal of forfeited assets.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 16th day of May, 2019.

_____
HON. ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE