CFN 20180445036
OR BK 30269 PG 0450
RECORDED 11/27/2018 15:51:24
Palm Beach County, Florida
Sharon R. Bock,CLERK & COMPTROLLER
Pgs 0450 - 451; (2pgs)

*This is not a certified copy* (watermark)

Case 9:17-cr-80242-RLR   Document 35   Entered on FLSD Docket 11/09/2018   Page 1 of 2

NS:md

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**



Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: _Richard Ramos_ Deputy Clerk
Date: **Nov 26, 2018**

**CASE NO. 17-80242-CR-ROSENBERG/HUNT**

UNITED STATES OF AMERICA,

vs.

ALEJANDRO ANDRADE CEDEÑO,

Defendant.
_____/

Sealed

FILED by _JB_ D.C.
NOV 09 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

### NOTICE OF LIS PENDENS RE: FORFEITURE

**GRANTEE(S): Telsey Properties Holding LLC**

TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER A DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of Fla. Stat. § 48.23, as made applicable hereto by 28 U.S.C. § 1964, that on December 18, 2017, the United States filed a criminal Information in the United States District Court for the Southern District of Florida in the foregoing action. Pursuant to 18 U.S.C. § 982(a)(1), the United States of America seeks to forfeit the real property located at 15231 Sunnyland Lane, Wellington, Florida 33414, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon, and which is more fully described as:

> Lot 19, Block 5, PALM BEACH POINT, according to the map or plat thereof as recorded in Plat Book 33, Page 133, Public Records of Palm Beach County, Florida.

Parcel Identification Number: 73-41-44-19-01-005-0190.

**EXHIBIT A**



FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the Information, except following the entry of any order of forfeiture as provided by 21 U.S.C. § 853(n).

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

This instrument was
prepared by:        By:    s/ *Nalina Sombuntham*
                Nalina Sombuntham (Fla. Bar No. 96139)
                Assistant United States Attorney
                E-mail: nalina.sombuntham@usdoj.gov
                99 N.E. 4th Street - 7th Floor
                Miami, Florida 33132
                Telephone: (305) 961-9224
                Facsimile: (305) 536-4089

**EXHIBIT A**

```
CFN 20180445037
OR BK 30269 PG 0452
RECORDED 11/27/2018 15:51:24
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 0452 - 453; (2pgs)
```

Case 9:17-cr-80242-RLR   Document 36   Entered on FLSD Docket 11/09/2018   Page 1 of 2

NS:md



Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: _Richard Ramos_ Deputy Clerk
Date: **Nov 26, 2018**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 17-80242-CR-ROSENBERG/HUNT

UNITED STATES OF AMERICA,

vs.

ALEJANDRO ANDRADE CEDENO

Defendant.
_____/

Sealed

FILED by _____ D.C.
NOV 0 9 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## NOTICE OF LIS PENDENS RE: FORFEITURE

**GRANTEE(S): Doble A Farm LLC**

TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER A DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of Fla. Stat. § 48.23, as made applicable hereto by 28 U.S.C. § 1964, that on December 18, 2018, the United States filed a criminal Information in the United States District Court for the Southern District of Florida in the foregoing action. Pursuant to 18 U.S.C. § 982(a)(1), the United States of America seeks to forfeit the real property located at 15680 46th Lane South, Wellington, Florida 33414, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon, and which is more fully described as:

> A parcel of land lying in Section 30, township 44 South, Range 41, Palm Beach county, Florida being described as follows: ELY 311.76 FT OF WLY1858.58 FT LYG S & ADJ TO PALM BEACH POINT AS IN PB33P133 & N& ADJ TO C-27 R/W A/K/A TR 5, Public Records of Palm Beach County, Florida.

Parcel Identification Number: 73-41-44-30-00-000-7010.

**EXHIBIT A**



Case 9:17-cr-80242-RLR   Document 36   Entered on FLSD Docket 11/09/2018   Page 2 of 2

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the Information, except following the entry of any order of forfeiture as provided by 21 U.S.C. § 853(n).

           Respectfully submitted,

           ARIANA FAJARDO ORSHAN
           UNITED STATES ATTORNEY

This instrument was
prepared by:         By:   s/ *Nalina Sombuntham*
                         Nalina Sombuntham (Fla. Bar No. 96139)
                         Assistant United States Attorney
                         E-mail: nalina.sombuntham@usdoj.gov
                         99 N.E. 4th Street - 7th Floor
                         Miami, Florida 33132
                         Telephone: (305) 961-9224
                         Facsimile: (305) 536-4089

**EXHIBIT A**

2



```
CFN 20180445040
OR BK 30269 PG 0458
RECORDED 11/27/2018 15:51:24
Palm Beach County, Florida
Sharon R. Bock,CLERK & COMPTROLLER
Pgs 0458 - 459; (2pgs)
```

NS:md

> Certified to be a true and correct copy of the document on file
> Steven M. Larimore, Clerk,
> U.S. District Court
> Southern District of Florida
> By: _Richard Ramos_  Deputy Clerk
> Date: **Nov 26, 2018**

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80242-CR-ROSENBERG/HUNT

UNITED STATES OF AMERICA,

vs.

ALEJANDRO ANDRADE CEDENO,

Defendant.
_____/

> Sealed
> FILED by _____ D.C.
> NOV 0 9 2018
> STEVEN M. LARIMORE
> CLERK U.S. DIST. CT.
> S. D. of FLA. – MIAMI

### NOTICE OF LIS PENDENS RE: FORFEITURE

**GRANTEE(S): 1290 Investments LLC**

TO:  ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER A DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of Fla. Stat. § 48.23, as made applicable hereto by 28 U.S.C. § 1964, that on December 18, 2017, the United States filed a criminal Information in the United States District Court for the Southern District of Florida in the foregoing action. Pursuant to 18 U.S.C. § 982(a)(1), the United States of America seeks to forfeit the real property located at 1290 N. Ocean Boulevard, Palm Beach, Florida 33480, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon, and which is more fully described as:

> The North 33.89 feet to Lot 25-A and ALL of Lot 26-A of BELLO LIDO, according to the Plat thereof, as recorded in Plat Book 11, at Page 37, of the Public Records of Palm Beach County, Florida; and Lot 4 of Re-Plat of BELLO LIDO, according to the Plat thereof, as recorded in Plat Book 24, at Page 171, of the Public Records of Palm Beach County, Florida.

**EXHIBIT A**



Parcel Identification Number: 50-43-43-03-06-000-0251.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the Information, except following the entry of any order of forfeiture as provided by 21 U.S.C. § 853(n).

Respectfully submitted,

ARIANA FAJARIDO ORSHAN
UNITED STATES ATTORNEY

This instrument was
prepared by:

By: s/ *Nalina Sombuntham*
Nalina Sombuntham (Fla. Bar No. 96139)
Assistant United States Attorney
E-mail: nalina.sombuntham@usdoj.gov
99 N.E. 4th Street - 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9224
Facsimile: (305) 536-4089

**EXHIBIT A**

```
CFN  20180445038
OR BK  30269  PG  0454
RECORDED 11/27/2018 15:51:24
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 0454 - 455; (2pgs)
```

*This is not a certified copy*

Case 9:17-cr-80242-RLR   Document 38   Entered on FLSD Docket 11/09/2018   Page 1 of 2

NS:md

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: Richard Ramos
Deputy Clerk
Date: **Nov 26, 2018**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80242-CR-ROSENBERG/HUNT          Sealed

UNITED STATES OF AMERICA,

vs.

ALEJANDRO ANDRADE CEDENO,

Defendant.
_____/

FILED by _____ D.C.
NOV 0 9 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## NOTICE OF LIS PENDENS RE: FORFEITURE

**GRANTEE(S):** Crown Bridge Investment LLC

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER A DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of Fla. Stat. § 48.23, as made applicable hereto by 28 U.S.C. § 1964, that on December 18, 2017, the United States filed a criminal Information in the United States District Court for the Southern District of Florida in the foregoing action. Pursuant to 18 U.S.C. § 982(a)(1), the United States of America seeks to forfeit the real property located at 16912 Crown Bridge Drive, Del Ray Beach, Florida 33446, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon, and which is more fully described as:

> Lot 159, Bridges - Plat Four, according to the map of plat thereof as recorded in Plat 115 page 56, public records of Palm Beach County, Florida.

Parcel Identification Number: 00-42-46-29-10-000-1590.

**EXHIBIT A**

Case 9:17-cr-80242-RLR   Document 38   Entered on FLSD Docket 11/09/2018   Page 2 of 2



FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the Information, except following the entry of any order of forfeiture as provided by 21 U.S.C. § 853(n).

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

This instrument was
prepared by:

By:   s/ *Nalina Sombuntham*
Nalina Sombuntham (Fla. Bar No. 96139)
Assistant United States Attorney
E-mail: nalina.sombuntham@usdoj.gov
99 N.E. 4th Street - 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9224
Facsimile: (305) 536-4089

**EXHIBIT A**
2

```
CFN 20180445039
OR BK 30269 PG 0456
RECORDED 11/27/2018 15:51:24
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 0456 - 457; (2pgs)
```

*This is not a certified copy*

NS:md

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80242-CR-ROSENBERG/HUNT

Sealed

UNITED STATES OF AMERICA,

vs.

ALEJANDRO ANDRADE CEDENO,

Defendants.

_____/

FILED by _____ D.C.

NOV 09 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

### NOTICE OF LIS PENDENS RE: FORFEITURE

**GRANTEE(S):** Alvaro Fernaud

TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER A DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of Fla. Stat. § 48.23, as made applicable hereto by 28 U.S.C. § 1964, that on December 18, 2017, the United States filed a criminal Information in the United States District Court for the Southern District of Florida in the foregoing action. Pursuant to 18 U.S.C. § 982(a)(1), the United States of America seeks to forfeit the real property located at 15159 Sunnyland Lane, Wellington, Florida 33414, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon, and which is more fully described as:

> Lots 20 & 21, Block 5, PALM BEACH POINT, according to the map or plat thereof as recorded in Plat Book 33, Page 133, Public Records of Palm Beach County, Florida.

Parcel Identification Number: 73-41-44-19-01-005-0200.

**EXHIBIT A**

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: _Richard Ramos_
Deputy Clerk
Date: **Nov 26, 2018**

Case 9:17-cr-80242-RLR   Document 39   Entered on FLSD Docket 11/13/2018   Page 2 of 2

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the Information, except following the entry of any order of forfeiture as provided by 21 U.S.C. § 853(n).

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

This instrument was
prepared by:

By: s/ *Nalina Sombuntham*
Nalina Sombuntham (Fla. Bar No. 96139)
Assistant United States Attorney
E-mail: nalina.sombuntham@usdoj.gov
99 N.E. 4th Street - 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9224
Facsimile: (305) 536-4089


*This is not a certified copy*

**EXHIBIT A**
2