

**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**

Track your package or shipment with FedEx Tracking                    Page 1 of 2

**IMPORTANT!**
FedEx will be operating in the Atlanta metro area during Super Bowl LIII. Learn More

773935653769

# Delivered
# Wednesday 12/12/2018 at 3:00 pm

**DELIVERED**

Signature not required

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| **US Attorney's Office S.Distric** | Emanuel Andrade Colmenares |
| AUSA Nalina Sombuntham | DELRAY BEACH, FL US 33446 |
| 99 NE 4th Street | 000 000-0000 |
| 7th Floor | |
| Miami, FL US 33132 | |
| 305 961-9224 | |

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER** | **SERVICE** | **WEIGHT** |
| 773935653769 | FedEx Standard Overnight | 0.5 lbs / 0.23 kgs |
| **DELIVERY ATTEMPTS** | **DELIVERED TO** | **TOTAL PIECES** |
| 1 | Residence | 1 |
| **TOTAL SHIPMENT WEIGHT** | **TERMS** | **SHIPPER REFERENCE** |
| 0.5 lbs / 0.23 kgs | Shipper | 17-80242Cr; US v Cedeno |
| **PACKAGING** | **SPECIAL HANDLING SECTION** | **STANDARD TRANSIT** |
| FedEx Envelope | Deliver Weekday, Residential Delivery | |
| | | 12/12/2018 by 8:00 pm |
| **SHIP DATE** | **ACTUAL DELIVERY** | |
| | Wed 12/12/2018 3:00 pm | |
| Tue 12/11/2018 | | |

## Travel History

Local Scan Time

| Wednesday , 12/12/2018 | | | |
|---|---|---|---|
| 3:00 pm | DELRAY BEACH, FL | Delivered | |

**EXHIBIT B**

Track your package or shipment with FedEx Tracking

| | | Left at front door. Package delivered to recipient address - release authorized |
|---|---|---|
| 8:26 am | BOCA RATON, FL | On FedEx vehicle for delivery |
| 7:48 am | BOCA RATON, FL | At local FedEx facility |
| Tuesday , 12/11/2018 | | |
| 8:46 pm | FORT LAUDERDALE, FL | At destination sort facility |
| 8:01 pm | MIAMI, FL | Left FedEx origin facility |
| 6:57 pm | MIAMI, FL | Picked up |
| 8:27 am | | Shipment information sent to FedEx |

**EXHIBIT B**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**

Track your package or shipment with FedEx Tracking

**IMPORTANT!**
FedEx will be operating in the Atlanta metro area during Super Bowl LIII. Learn More

773935747733

# Delivered
## Wednesday 12/12/2018 at 11:26 am

**DELIVERED**

Signature not required

GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

| FROM | TO |
|---|---|
| US Attorney's Office S.Distric | Maria Andrade |
| AUSA Nalina Sombuntham | Wellington, FL US 33414 |
| 99 NE 4th Street | 000 000-0000 |
| 7th Floor | |
| Miami, FL US 33132 | |
| 305 961-9224 | |

### Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 773935747733 | FedEx Standard Overnight | 0.5 lbs / 0.23 kgs |

| DELIVERY ATTEMPTS | DELIVERED TO | TOTAL PIECES |
|---|---|---|
| 1 | Residence | 1 |

| TOTAL SHIPMENT WEIGHT | TERMS | SHIPPER REFERENCE |
|---|---|---|
| 0.5 lbs / 0.23 kgs | Shipper | 17-80242Cr; US v Cedeno |

| PACKAGING | SPECIAL HANDLING SECTION | STANDARD TRANSIT |
|---|---|---|
| FedEx Envelope | Deliver Weekday, Residential Delivery | 12/12/2018 by 8:00 pm |

| SHIP DATE | ACTUAL DELIVERY |
|---|---|
| Tue 12/11/2018 | Wed 12/12/2018 11:26 am |

### Travel History

Local Scan Time

Wednesday , 12/12/2018

| 11:26 am | Wellington, FL | Delivered |
|---|---|---|

**EXHIBIT B**

Track your package or shipment with FedEx Tracking

|  |  |  | Left at front door. Package delivered to recipient address - release authorized |
| 8:24 am | LAKE WORTH, FL | | On FedEx vehicle for delivery |
| 7:59 am | LAKE WORTH, FL | | At local FedEx facility |
| 6:32 am | WEST PALM BEACH, FL | | At destination sort facility |
| Tuesday , 12/11/2018 | | | |
| 8:01 pm | MIAMI, FL | | Left FedEx origin facility |
| 6:57 pm | MIAMI, FL | | Picked up |
| 8:35 am | | | Shipment information sent to FedEx |

**EXHIBIT B**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**

**Dekle, Marilyn (USAFLS)**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, December 05, 2018 2:39 PM |
| **To:** | Dekle, Marilyn (USAFLS) |
| **Subject:** | FedEx Shipment 773879769377 Delivered |

# Your package has been delivered

Tracking # 773879769377

Ship date:
Tue, 12/4/2018

**AUSA Nalina Sombuntham**
US Attorney's Office S.Distric
Miami, FL 33132
US

 Delivered

Delivery date:
Wed, 12/5/2018 2:37 pm

**Cayenne Turbo LLC**
470 S. Shore Drive
MIAMI BEACH, FL 33141
US



## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | <u>773879769377</u> |
| **Status:** | Delivered: 12/05/2018 2:37 PM Signed for By: Signature not required |
| **Reference:** | 17-80242-Cr; US v Cedeno |
| **Signed for by:** | Signature not required |
| **Delivery location:** | MIAMI, FL |
| **Delivered to:** | Residence |
| **Service type:** | FedEx Standard Overnight® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Deliver Weekday |
| | Residential Delivery |
| **Standard transit:** | 12/5/2018 by 8:00 pm |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:39 PM CST on 12/05/2018.

All weights are estimated.

**EXHIBIT B**

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**EXHIBIT B**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**

**Dekle, Marilyn (USAFLS)**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, December 05, 2018 2:22 PM |
| **To:** | Dekle, Marilyn (USAFLS) |
| **Subject:** | FedEx Shipment 773879395042 Delivered |

# Your package has been delivered

Tracking # 773879395042

Ship date:
Tue, 12/4/2018

**AUSA Nalina Sombuntham**
US Attorney's Office S.Distric
Miami, FL 33132
US


Delivered

Delivery date:
Wed, 12/5/2018 2:17
pm

**California Closets**
California Closets
4763 PGA Blvd.
PALM BEACH GARDENS, FL
33418
US



## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 773879395042 |
| **Status:** | Delivered: 12/05/2018 2:17 PM Signed for By: L.LALONI N |
| **Reference:** | 17-80242-Cr; Cedseno |
| **Signed for by:** | L.LALONI N |
| **Delivery location:** | PALM BEACH GARDENS, FL |
| **Delivered to:** | Receptionist/Front Desk |
| **Service type:** | FedEx Standard Overnight® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Deliver Weekday |
| **Standard transit:** | 12/5/2018 by 3:00 pm |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:22 PM CST on 12/05/2018.

**EXHIBIT B**

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**EXHIBIT B**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**



March 20,2019

Dear Customer:

The following is the proof-of-delivery for tracking number **773879809617**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | PORT ST LUCIE, FL |
| **Service type:** | FedEx Standard Overnight | **Delivery date:** | Dec 5, 2018 16:40 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 773879809617 | **Ship date:** | Dec 4, 2018 |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| PORT ST LUCIE, FL US | MIAMI, FL US |

| | |
|---|---|
| **Reference** | 17-80242-Cr; US v Cedeno |

Thank you for choosing FedEx.

**EXHIBIT B**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**

**Dekle, Marilyn (USAFLS)**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, December 05, 2018 2:04 PM |
| **To:** | Dekle, Marilyn (USAFLS) |
| **Subject:** | FedEx Shipment 773881390739 Delivered |



# Your package has been delivered

Tracking # 773881390739

Ship date:
Tue, 12/4/2018

**AUSA Nalina Sombuntham**
US Attorney's Office S.Distric
Miami, FL 33132
US



Delivered

Delivery date:
Wed, 12/5/2018 1:58 pm

**George S. Zamora, Esq., RA**
Crown Bridge Investment LLC
2137 NW 2nd Avenue
MIAMI, FL 33127
US

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | <u>773881390739</u> |
| **Status:** | Delivered: 12/05/2018 1:58 PM Signed for By: J.JOSE |
| **Reference:** | 17-80242-Cr; US v Cedeno |
| **Signed for by:** | J.JOSE |
| **Delivery location:** | MIAMI, FL |
| **Delivered to:** | Receptionist/Front Desk |
| **Service type:** | FedEx Standard Overnight® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Deliver Weekday |
| **Standard transit:** | 12/5/2018 by 3:00 pm |

 Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:03 PM CST on 12/05/2018.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

**EXHIBIT B**

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**EXHIBIT B**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**



March 21,2019

Dear Customer:

The following is the proof-of-delivery for tracking number **774346253971**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Mailroom |
| Signed for by: | T.GREG | Delivery location: | 60 WALL STREET  32ND FLOOR |
| | | | NEW YORK CITY, NY 10005 |
| Service type: | FedEx Standard Overnight | Delivery date: | Jan 31, 2019 09:46 |
| Special Handling: | Deliver Weekday | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 774346253971 | Ship date: | Jan 30, 2019 |
| | | Weight: | 0.5 lbs/0.2 kg |

Recipient:
DB Private Wealth Mortgage, LTD
60 Wall Street, 32nd Floor
NEW YORK CITY, NY 10005 US

Shipper:
AUSA Nalina Sombuntham
US Attorney's Office S.Distric
99 NE 4th Street
7th Floor
Miami, FL 33132 US

Reference                                    17-80242Cr; Cedeno

Thank you for choosing FedEx.

**EXHIBIT B**



ORIGIN ID:MPBA   (305) 961-4224
ALISA MOLINA SOMBNTHAM
USSA NATIONAL OFFICE & DISTRIC
99 NE 4TH STREET
7TH FLOOR
MIAMI, FL 33132
UNITED STATES US

SHIP DATE: 04DEC18
ACTWGT: 1.00 LB
CAD: 106481828/INET4040

TO  ANABEL SANCHEZ, RA
    DOBLE A FARM LLC
    12300 SOUTH SHORE BLVD.
    SUITE 216
    WELLINGTON FL 33414

REF: 17-80242-CR US V CEDENO
DEPT:

(000) 000-0000
INV:
PO:

BILL SENDER

**3E LNAA**

TRK# 0201

7738 8143 2772

WED - 05 DEC 3:00P
STANDARD OVERNIGHT

FL-US              33414
                   PBI

552J2E4AF/DCA5

**FedEx** Express

---

**After printing this label**:

1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**

3975 Airways Blvd
Memphis, TN 38116-4634
US
Telephone 800.463.3339



**VIA EMAIL**
marilyn.dekle@usdoj.gov

March 20, 2019

Ms. Marilyn Dekle
US Attorney's Office, Southern District of Florida
99 NE 4th Street
7th Floor
Miami, FL  33132

RE:  Package Tracking Numbers 773881136335 and 773881432772

Dear Ms. Dekle:

I am writing in response to your inquiry regarding your December 4, 2018 shipments addressed to Anabel Sanchez, RA, Telsey Properties Holding LLC and Anabel Sanchez, RA, Doble A Farm, LLC, 12300 South Shore Blvd., Suite 216 in Wellington, FL.

Our records indicate these shipments were sent via FedEx Standard Overnight service, for delivery by 3:00 p.m. on December 5.  Tracking data reflects that delivery attempts for both packages were recorded at 12:00 noon on December 5, at 12:47 p.m. on December 6, and at 11:04 a.m. on December 7; the courier noted on all attempts that no one was available to receive the packages.  According to our tracking data, a message was left by our Lake Worth station personnel for the shipper on the evening of December 7.  These shipments were held until December 12, when updates reflected that they were undeliverable, and they were transported to our Critical Package Recovery Area in Memphis under package tracking number 773949369012.  The package was received at this location at 1:40 p.m. on December 13.

Ms. Dekle, we regret any inconvenience encountered, as our goal is to deliver each shipment tendered to us in a timely fashion, and we are concerned whenever any circumstance hinders our ability to do so.  I hope this information is helpful.  Should you have other questions regarding these shipments, please contact one of our customer service representatives at 1-800-Go-FedEx (463-3339), and reference case number 0320933869.

We appreciate your patience and your patronage, and look forward to future opportunities to be of service.

Respectfully,

Ethel Perry
Customer Correspondent

ep/710588

**EXHIBIT B**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**

**Dekle, Marilyn (USAFLS)**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, January 29, 2019 11:50 AM |
| **To:** | Dekle, Marilyn (USAFLS) |
| **Subject:** | Online FedEx Tracking – 773881224091 |



# Online FedEx Tracking

This tracking update has been requested by:

| | |
|---|---|
| **Name:** | Anonymous |
| **E-mail:** | noreply@fedex.com |

## Tracking # 773881224091



Ship date
12/04/2018
Miami, FL, US

In transit

Scheduled delivery
Pending

WELLINGTON, FL, US,
33414

## Shipment Facts

| | |
|---|---|
| **Tracking number** | 773881224091 |
| **Door Tag Number** | DT104967684355 |
| | DT105097278630 |
| | DT105094004817 |
| **Reference** | 17-80242-Cr; US v Cedeno |
| **Ship date** | 12/04/2018 |
| **Delivered to** | Anabel Sanchez, RA |
| **Scheduled delivery** | Pending |

**EXHIBIT B**

| Service type | FedEx Standard Overnight-Deliver Weekday |
| --- | --- |
| Standard transit date | 12/05/2018 by 3:00 pm |

## Tracking results as of Jan 29, 2019 4:49p GMT

| Date/Time | Activity/Location |
| --- | --- |
| 12/12/2018 10:32 am | In transit |
| | LAKE WORTH, FL |
| 12/11/2018 8:43 pm | At local FedEx facility |
| | LAKE WORTH, FL |
| 12/10/2018 8:33 pm | At local FedEx facility |
| | LAKE WORTH, FL |
| 12/08/2018 2:25 pm | At local FedEx facility |
| | LAKE WORTH, FL |
| 12/07/2018 6:17 pm | At local FedEx facility |
| | LAKE WORTH, FL |
| 12/07/2018 11:04 am | Delivery exception |
| | LAKE WORTH, FL |
| 12/07/2018 8:46 am | On FedEx vehicle for delivery |
| | LAKE WORTH, FL |
| 12/07/2018 7:34 am | At local FedEx facility |
| | LAKE WORTH, FL |
| 12/06/2018 8:35 pm | At local FedEx facility |
| | LAKE WORTH, FL |
| 12/06/2018 12:47 pm | Delivery exception |
| | LAKE WORTH, FL |
| 12/06/2018 7:35 am | At local FedEx facility |
| | LAKE WORTH, FL |
| 12/05/2018 8:59 pm | At local FedEx facility |
| | LAKE WORTH, FL |
| 12/05/2018 12:00 pm | Delivery exception |
| | LAKE WORTH, FL |
| 12/05/2018 8:28 am | On FedEx vehicle for delivery |
| | LAKE WORTH, FL |
| 12/05/2018 7:42 am | At local FedEx facility |

**EXHIBIT B**

|  | LAKE WORTH, FL |
|---|---|
| 12/05/2018 6:45 am | At destination sort facility |
|  | WEST PALM BEACH, FL |
| 12/04/2018 8:42 pm | Left FedEx origin facility |
|  | MIAMI, FL |
| 12/04/2018 7:03 pm | Picked up |
|  | MIAMI, FL |
| 12/04/2018 3:20 pm | Shipment information sent to FedEx |

Disclaimer

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

To track the latest status of your shipment, click on the tracking number above.

This tracking update has been sent to you by FedEx on behalf of the Requestor noreply@fedex.com. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update.

Thank you for your business.

© 2019 FedEx. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

**EXHIBIT B**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**

Track your package or shipment with FedEx Tracking                    Page 1 of 2

**IMPORTANT!**
FedEx will be operating in the Atlanta metro area during Super Bowl LIII. Learn More

773879585724

# Delivered
# Wednesday 12/05/2018 at 3:43 pm

**DELIVERED**

Signature not required

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| **FROM** | **TO** |
|---|---|
| US Attorney's Office S.Distric | Alvaro Fernaud |
| AUSA Nalina Sombuntham | DORAL, FL US 33178 |
| 99 NE 4th Street | 000 000-0000 |
| 7th Floor | |
| Miami, FL US 33132 | |
| 305 961-9224 | |

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER**<br>773879585724 | **SERVICE**<br>FedEx Standard Overnight | **WEIGHT**<br>0.5 lbs / 0.23 kgs |
| **DELIVERY ATTEMPTS**<br>1 | **DELIVERED TO**<br>Residence | **TOTAL PIECES**<br>1 |
| **TOTAL SHIPMENT WEIGHT**<br>0.5 lbs / 0.23 kgs | **TERMS**<br>Shipper | **SHIPPER REFERENCE**<br>17-80242-Cr; US v Cedeno |
| **PACKAGING**<br>FedEx Envelope | **SPECIAL HANDLING SECTION**<br>Deliver Weekday, Residential Delivery | **STANDARD TRANSIT**<br><br>12/05/2018 by 8:00 pm |
| **SHIP DATE**<br><br>Tue 12/04/2018 | **ACTUAL DELIVERY**<br>Wed 12/05/2018 3:43 pm | |

## Travel History

Local Scan Time

Wednesday , 12/05/2018

| | | |
|---|---|---|
| 3:43 pm | DORAL, FL | Delivered |

**EXHIBIT B**

Track your package or shipment with FedEx Tracking

|  |  |  |
|---|---|---|
|  |  | Left at front door. Package delivered to recipient address - release authorized |
| 8:27 am | MIAMI, FL | On FedEx vehicle for delivery |
| 7:27 am | MIAMI, FL | At local FedEx facility |
| Tuesday , 12/04/2018 |  |  |
| 7:59 pm | MIAMI, FL | Left FedEx origin facility |
| 7:03 pm | MIAMI, FL | Picked up |
| 2:05 pm |  | Shipment information sent to FedEx |

**EXHIBIT B**



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**

**Dekle, Marilyn (USAFLS)**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, December 05, 2018 11:10 AM |
| **To:** | Dekle, Marilyn (USAFLS) |
| **Subject:** | FedEx Shipment 773879509928 Delivered |

# Your package has been delivered

Tracking # 773879509928

**Ship date:**
Tue, 12/4/2018

**AUSA Nalina Sombuntham**
US Attorney's Office S.Distric
Miami, FL 33132
US


Delivered

**Delivery date:**
Wed, 12/5/2018 11:04 am

**Five Construction**
Five Construction
2950 NW Commerce Park
Drive #4
BOYNTON BEACH, FL 33435
US



## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 773879509928 |
| **Status:** | Delivered: 12/05/2018 11:04 AM Signed for By: M.OBLEY |
| **Reference:** | 17-80242-Cr; US v Cedeno |
| **Signed for by:** | M.OBLEY |
| **Delivery location:** | BOYNTON BEACH, FL |
| **Delivered to:** | Receptionist/Front Desk |
| **Service type:** | FedEx Standard Overnight® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Deliver Weekday |
| **Standard transit:** | 12/5/2018 by 3:00 pm |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:10 AM CST on 12/05/2018.

All weights are estimated.

**EXHIBIT B**

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**EXHIBIT B**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**

Track your package or shipment with FedEx Tracking

**IMPORTANT!**
FedEx will be operating in the Atlanta metro area during Super Bowl LIII. Learn More

773881310580

# Delivered
# Wednesday 12/05/2018 at 5:18 pm

**DELIVERED**

Signature not required

GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

| **FROM** | **TO** |
|---|---|
| US Attorney's Office S.Distric | Gerrion Capital LLC |
| AUSA Nalina Sombuntham | Maria Rosario, RA |
| 99 NE 4th Street | MIAMI, FL US 33127 |
| 7th Floor | 000 000-0000 |
| Miami, FL US 33132 | |
| 305 961-9224 | |

Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER** 773881310580 | **SERVICE** FedEx Standard Overnight | **WEIGHT** 0.5 lbs / 0.23 kgs |
| **DELIVERY ATTEMPTS** 1 | **DELIVERED TO** Residence | **TOTAL PIECES** 1 |
| **TOTAL SHIPMENT WEIGHT** 0.5 lbs / 0.23 kgs | **TERMS** Shipper | **SHIPPER REFERENCE** 17-80242-Cr; US v Cedeno |
| **PACKAGING** FedEx Envelope | **SPECIAL HANDLING SECTION** Deliver Weekday, Residential Delivery | **STANDARD TRANSIT** 12/05/2018 by 8:00 pm |
| **SHIP DATE** Tue 12/04/2018 | **ACTUAL DELIVERY** Wed 12/05/2018 5:18 pm | |

Travel History

Local Scan Time

Wednesday , 12/05/2018

5:18 pm          MIAMI, FL.                    Delivered

# EXHIBIT B

Track your package or shipment with FedEx Tracking

|  |  | Left at front door. Package delivered to recipient address - release authorized |
|---|---|---|
| 11:47 am | MIAMI, FL | On FedEx vehicle for delivery |
| 7:13 am | MIAMI, FL | At local FedEx facility |
| Tuesday , 12/04/2018 |  |  |
| 7:59 pm | MIAMI, FL | Left FedEx origin facility |
| 7:03 pm | MIAMI, FL | Picked up |
| 3:24 pm |  | Shipment information sent to FedEx |

**EXHIBIT B**

Page 1 of 1



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**

12/4/2018

**Dekle, Marilyn (USAFLS)**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, December 05, 2018 2:04 PM |
| **To:** | Dekle, Marilyn (USAFLS) |
| **Subject:** | FedEx Shipment 773879731226 Delivered |

# Your package has been delivered

Tracking # 773879731226

Ship date:
Tue, 12/4/2018

**AUSA Nalina Sombuntham**
US Attorney's Office S.Distric
Miami, FL 33132
US

Delivery date:
Wed, 12/5/2018 1:58
pm

**Gerrion Capital LLC**
2137 NW 2nd Avenue
MIAMI, FL 33127
US



Delivered



## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | <u>773879731226</u> |
| Status: | Delivered: 12/05/2018 1:58 PM Signed for By: J.JOSE |
| Reference: | 17-80242-Cr; US v Cedeno |
| Signed for by: | J.JOSE |
| Delivery location: | MIAMI, FL |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Standard Overnight® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 12/5/2018 by 3:00 pm |

 Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:03 PM CST on 12/05/2018.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

**EXHIBIT B**

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**EXHIBIT B**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and all other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**

**Dekle, Marilyn (USAFLS)**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, December 05, 2018 1:47 PM |
| **To:** | Dekle, Marilyn (USAFLS) |
| **Subject:** | FedEx Shipment 773881268723 Delivered |

# Your package has been delivered

Tracking # 773881268723

Ship date:
Tue, 12/4/2018

**AUSA Nalina Sombuntham**
US Attorney's Office S.Distric
Miami, FL 33132
US

Delivery date:
Wed, 12/5/2018 1:44 pm

**Anabel Sanchez Dominguez**
Gerrion Capital LLC
1878 Capeside Circle
WELLINGTON, FL 33414
US



Delivered

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 773881268723 |
| **Status:** | Delivered: 12/05/2018 1:44 PM Signed for By: Signature not required |
| **Reference:** | 17-80242-Cr; US v Cedeno |
| **Signed for by:** | Signature not required |
| **Delivery location:** | WELLINGTON, FL |
| **Delivered to:** | Residence |
| **Service type:** | FedEx Standard Overnight® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Deliver Weekday |
| | Residential Delivery |
| **Standard transit:** | 12/5/2018 by 8:00 pm |



 Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:46 PM CST on 12/05/2018.

**EXHIBIT B**

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**EXHIBIT B**



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**

**Dekle, Marilyn (USAFLS)**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, January 29, 2019 11:48 AM |
| **To:** | Dekle, Marilyn (USAFLS) |
| **Subject:** | Online FedEx Tracking - 773881183032 |



# Online FedEx Tracking

This tracking update has been requested by:

| | |
|---|---|
| **Name:** | Anonymous |
| **E-mail:** | noreply@fedex.com |

Tracking # 773881183032



| Ship date | | Scheduled delivery |
|---|---|---|
| 12/04/2018 | | Pending |
| Miami, FL, US | In transit | WELLINGTON, FL, US, 33414 |

## Shipment Facts

| | |
|---|---|
| **Tracking number** | 773881183032 |
| **Door Tag Number** | DT104967684355 |
| | DT105097278630 |
| | DT105094004817 |
| **Reference** | 17-80242-Cr; US v Cedeno |
| **Ship date** | 12/04/2018 |
| **Delivered to** | Anabel Sanchez, RA |
| **Scheduled delivery** | Pending |

**EXHIBIT B**

|  | LAKE WORTH, FL |
| --- | --- |
| 12/05/2018 6:45 am | At destination sort facility |
|  | WEST PALM BEACH, FL |
| 12/04/2018 8:42 pm | Left FedEx origin facility |
|  | MIAMI, FL |
| 12/04/2018 7:03 pm | Picked up |
|  | MIAMI, FL |
| 12/04/2018 3:18 pm | Shipment information sent to FedEx |

Disclaimer

Standard transit is the date and time the package is scheduled to be delivered by,
based on the selected service, destination and ship date. Limitations and exceptions
may apply. Please see the FedEx Service Guide for terms and conditions of service,
including the FedEx Money-Back Guarantee, or contact your FedEx Customer
Support representative.

To track the latest status of your shipment, click on the tracking number above.

This tracking update has been sent to you by FedEx on behalf of the Requestor
noreply@fedex.com. FedEx does not validate the authenticity of the requestor and
does not validate, guarantee or warrant the authenticity of the request, the
requestor's message, or the accuracy of this tracking update.

Thank you for your business.

© 2019 FedEx. The content of this message is protected by copyright and
trademark laws under U.S. and international law. Review our privacy policy. All
rights reserved.

**EXHIBIT B**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**



March 20, 2019

Dear Customer:

The following is the proof-of-delivery for tracking number **773935566207**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | WEST PALM BEACH, FL |
| Signed for by: | M.BRUSTEN | Delivery date: | Dec 12, 2018 09:51 |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 773935566207 | Ship date: | Dec 11, 2018 |

**Recipient:**
WEST PALM BEACH, FL US

**Shipper:**
MIAMI, FL US

**Reference**

17-80242Cr; US v Cedeno

Thank you for choosing FedEx.

**EXHIBIT B**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**



March 20,2019

Dear Customer:

The following is the proof-of-delivery for tracking number **773935519576**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | WEST PALM BEACH, FL |
| Signed for by: | M.BRUSTEN | Delivery date: | Dec 12, 2018 09:51 |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 773935519576 | Ship date: | Dec 11, 2018 |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| WEST PALM BEACH, FL US | MIAMI, FL US |

| | |
|---|---|
| **Reference** | 17-80242Cr; US v. Cedeno |

Thank you for choosing FedEx.

**EXHIBIT B**





After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**



March 20,2019

Dear Customer:

The following is the proof-of-delivery for tracking number **774198417694**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Residence |
| Signed for by: | Signature not required | Delivery location: | 2109 HENLEY PL |
| | | | WELLINGTON, FL 33414 |
| Service type: | FedEx Standard Overnight | Delivery date: | Jan 16, 2019 14:02 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 774198417694 | Ship date: | Jan 15, 2019 |
| | | Weight: | 0.5 lbs/0.2 kg |

**Recipient:**
Paul Tracy
Paul Tracy, Inc.
2109 Henley Place
WELLINGTON, FL 33414 US

**Reference**

**Shipper:**
AUSA Nalina Sombuntham
US Attorney's Office S.Distric
99 NE 4th Street
7th Floor
Miami, FL 33132 US
17-80242Cr; US v Cedeno

Thank you for choosing FedEx.

**EXHIBIT B**



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**



March 20,2019

Dear Customer:

The following is the proof-of-delivery for tracking number **773879688358**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | WELLINGTON, FL |
| Service type: | FedEx Standard Overnight | Delivery date: | Dec 5, 2018 11:35 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 773879688358 | Ship date: | Dec 4, 2018 |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| WELLINGTON, FL US | MIAMI, FL US |
| **Reference** | 17-80242-Cr; US v Cedeno |

Thank you for choosing FedEx.

**EXHIBIT B**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**

3975 Airways Blvd
Memphis, TN 38116-4634
US
Telephone 800.463.3339



**VIA EMAIL**
marilyn.dekle@usdoj.gov

March 20, 2019

Ms. Marilyn Dekle
US Attorney's Office, Southern District of Florida
99 NE 4th Street
7th Floor
Miami, FL 33132

RE:  Package Tracking Numbers 773881136335 and 773881432772

Dear Ms. Dekle:

I am writing in response to your inquiry regarding your December 4, 2018 shipments addressed to Anabel Sanchez, RA, Telsey Properties Holding LLC and Anabel Sanchez, RA, Doble A Farm, LLC, 12300 South Shore Blvd., Suite 216 in Wellington, FL.

Our records indicate these shipments were sent via FedEx Standard Overnight service, for delivery by 3:00 p.m. on December 5.  Tracking data reflects that delivery attempts for both packages were recorded at 12:00 noon on December 5, at 12:47 p.m. on December 6, and at 11:04 a.m. on December 7; the courier noted on all attempts that no one was available to receive the packages.  According to our tracking data, a message was left by our Lake Worth station personnel for the shipper on the evening of December 7.  These shipments were held until December 12, when updates reflected that they were undeliverable, and they were transported to our Critical Package Recovery Area in Memphis under package tracking number 773949369012.  The package was received at this location at 1:40 p.m. on December 13.

Ms. Dekle, we regret any inconvenience encountered, as our goal is to deliver each shipment tendered to us in a timely fashion, and we are concerned whenever any circumstance hinders our ability to do so.  I hope this information is helpful.  Should you have other questions regarding these shipments, please contact one of our customer service representatives at 1-800-Go-FedEx (463-3339), and reference case number 0320933869.

We appreciate your patience and your patronage, and look forward to future opportunities to be of service.

Respectfully,

Ethel Perry

Ethel Perry
Customer Correspondent

ep/710588

**EXHIBIT B**



TRK# 7738 7913 5236

3C JDMA

WED - 05 DEC 3:00P
STANDARD OVERNIGHT

33134
FL-US MIA

FedEx Express

ORIGIN ID:MPBA    (305) 961-9224
LUISA NALINA SOMBUNTHAM
99 NE 4TH STREET
OFFICE D/DISTRIC
7TH FLOOR
MIAMI, FL 33132
UNITED STATES US

TO WORLDWIDE CORPORATE ADMIN LLC, RA;
1290 INVESTMENTS LLC; ERIKA CEDENO,
2330 PONCE DE LEON BLVD.,
SUITE 201
CORAL GABLES FL 33134

REF: 1/14DADR CEDENO

DEPT:
INV:
PO:

SHIP DATE: 04DEC18
ACTWGT: 1.00 LB
CAD: 105481628/INET4040

BILL SENDER

552.12/E4 AF/DCA5

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**



https://www.fedex.com/shipping/html/en/PrintIFrame.html

12/4/2018

**Dekle, Marilyn (USAFLS)**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, December 05, 2018 1:02 PM |
| **To:** | Dekle, Marilyn (USAFLS) |
| **Subject:** | FedEx Shipment 773879135236 Delivered |

# Your package has been delivered

Tracking # 773879135236

Ship date:
Tue, 12/4/2018

**AUSA Nalina Sombuntham**
US Attorney's Office S.Distric
Miami, FL 33132
US

Delivery date:
Wed, 12/5/2018 12:54
pm

**Worldwide Corporate Admin
LLC, RA;**
1290 Investments LLC; Erika
Cedeno,
2330 Ponce De Leon Blvd.,
Suite 201
MIAMI, FL 33134
US



Delivered



## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | <u>773879135236</u> |
| Status: | Delivered: 12/05/2018 12:54 PM Signed for By: K.RODRIGUEZ |
| Reference: | 17-80242Cr; Cedeno |
| Signed for by: | K.RODRIGUEZ |
| Delivery location: | CORAL GABLES, FL |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Standard Overnight® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 12/5/2018 by 3:00 pm |

**EXHIBIT B**

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:01 PM CST on 12/05/2018.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**EXHIBIT B**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT B**

Track your package or shipment with FedEx Tracking                                        Page 1 of 2

**IMPORTANT!**
FedEx will be operating in the Atlanta metro area during Super Bowl LIII. Learn More

773881351411

# Scheduled delivery:
# Pending

**IN TRANSIT**

LAKE WORTH, FL

GET STATUS UPDATES

| FROM | TO |
|---|---|
| US Attorney's Office S.Distric | YICSM166 LLC |
| AUSA Nalina Sombuntham | Anabel Sanchez, RA |
| 99 NE 4th Street | 12300 South Shore Blvd. |
| 7th Floor | Suite 216 |
| Miami, FL US 33132 | WELLINGTON, FL US 33414 |
| 305 961-9224 | 000 000-0000 |

## Shipment Facts

| TRACKING NUMBER | SERVICE | DOOR TAG NUMBER |
|---|---|---|
| 773881351411 | FedEx Standard Overnight | DT104967684355, DT105097278630, DT105094004817 |

| WEIGHT | DELIVERY ATTEMPTS | TOTAL PIECES |
|---|---|---|
| 0.5 lbs / 0.23 kgs | 3 | 1 |

| TOTAL SHIPMENT WEIGHT | TERMS | SHIPPER REFERENCE |
|---|---|---|
| 0.5 lbs / 0.23 kgs | Shipper | 17-80242-Cr; US v Cedeno |

| PACKAGING | SPECIAL HANDLING SECTION | CUSTOMER EXCEPTION REQUEST NUMBER (CER) |
|---|---|---|
| FedEx Envelope | Deliver Weekday | 0129930711 |

| STANDARD TRANSIT | SHIP DATE | SCHEDULED DELIVERY |
|---|---|---|
| 12/05/2018 by 3:00 pm | Tue 12/04/2018 | Pending |

## Travel History

Local Scan Time

Wednesday , 12/12/2018

| 10:30 am | LAKE WORTH, FL | In transit |
|---|---|---|

**EXHIBIT B**

https://www.fedex.com/apps/fedextrack/index.html?action=track&tracknumbers=7738813...   1/29/2019

Track your package or shipment with FedEx Tracking

| | | |
|---|---|---|
| Tuesday , 12/11/2018 | | |
| 8:43 pm | LAKE WORTH, FL | At local FedEx facility |
| Monday , 12/10/2018 | | |
| 8:33 pm | LAKE WORTH, FL | At local FedEx facility |
| Saturday , 12/08/2018 | | |
| 2:25 pm | LAKE WORTH, FL | At local FedEx facility |
| Friday , 12/07/2018 | | |
| 6:17 pm | LAKE WORTH, FL | At local FedEx facility |
| 11:04 am | LAKE WORTH, FL | Delivery exception |
| | | Customer not available or business closed |
| 8:46 am | LAKE WORTH, FL | On FedEx vehicle for delivery |
| 7:34 am | LAKE WORTH, FL | At local FedEx facility |
| Thursday , 12/06/2018 | | |
| 8:35 pm | LAKE WORTH, FL | At local FedEx facility |
| 12:47 pm | LAKE WORTH, FL | Delivery exception |
| | | Customer not available or business closed |
| 7:35 am | LAKE WORTH, FL | At local FedEx facility |
| Wednesday , 12/05/2018 | | |
| 8:59 pm | LAKE WORTH, FL | At local FedEx facility |
| 12:00 pm | LAKE WORTH, FL | Delivery exception |
| | | Customer not available or business closed |
| 8:28 am | LAKE WORTH, FL | On FedEx vehicle for delivery |
| 7:41 am | LAKE WORTH, FL | At local FedEx facility |
| 6:45 am | WEST PALM BEACH, FL | At destination sort facility |
| Tuesday , 12/04/2018 | | |
| 8:42 pm | MIAMI, FL | Left FedEx origin facility |
| 7:03 pm | MIAMI, FL | Picked up |
| 3:26 pm | | Shipment information sent to FedEx |

**EXHIBIT B**