Prepared by and return to:
**Marc Birnbaum**
**Marc Birnbaum, P.A.**
**1041 Ives Dairy Road Suite 238**
**Miami, FL 33179**
**305-914-5690**
File Number: **CWSAMS-15159**
Will Call No.:

_____[Space Above This Line For Recording Data_____

# Special Warranty Deed

**This Special Warranty Deed** made this _____ day of _____, 2019 between **Alvaro Fernaud** whose post office address is ▮▮▮▮▮ ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, grantor, and **United States of America** whose post office address is c/o CWSAMS 10611 Balls Ford Road, Suite 140, Manassas, VA 20109, grantee:

(Whenever used herein the terms grantor and grantee include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Palm Beach County, Florida**, to-wit:

> Lots 20 and 21, Block 5, PALM BEACH POINT, according to the map or plat thereof as recorded in Plat Book 33, Page 133, Public Records of Palm Beach County, Florida.
>
> Parcel Identification Number: 73-41-44-19-01-005-0200

**Grantor warrants that at the time of this conveyance, the subject property is not the Grantor's homestead within the meaning set forth in the constitution of the state of Florida, nor is it contiguous to or a part of homestead property. Grantor's residence and homestead address is as stated above.**

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under grantors.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

DoubleTime®

**EXHIBIT C**

Signed, sealed and delivered in our presence:

_____     _____(Seal)
Witness Name: Oriana Mora Gallardo     Alvaro Fernaud

_____
Witness Name: [signature]

State of _____

County of _____

Kingdom of Spain
Province and City of Valencia        } ss
Consular Agency of the United States of America

The foregoing instrument was acknowledged before me this 29 day of JANUARY, 2019 by **Alvaro Fernaud**, who [ ] is personally known or [X] has produced a ~~driver's license~~ as identification. U.S. PASSPORT #571038902.

[Notary Seal]                             _____
                                          Notary Public

                                          Brian K. Oberle
                                Printed Name: U.S. Consular Agent

                                U.S. CONSULAR AGENCY, VALENCIA, SPAIN
                                My Commission ~~Expires:~~ DOES NOT EXPIRE

*Warranty Deed - Page 2*                                    DoubleTime®

Consular Agency of the
United States of America
C/. Dr. Romagosa, 1 - 2nd Floor, Suite 1
46002 Valencia, Spain

**EXHIBIT C**

Prepared by and return to:
Marc Birnbaum
Marc Birnbaum, P.A.
1041 Ives Dairy Road Suite 238
Miami, FL 33179
305-914-5690

File Number: CWSAMS-15680
Will Call No.:

_____[Space Above This Line For Recording Data]_____

# Special Warranty Deed

**This Special Warranty Deed** made this _1st_ day of January, 2019 between **Doble A Farm, LLC**, a **Florida limited liability company** whose post office address is _____, , grantor, and **United States of America** whose post office address is c/o CWSAMS 10611 Balls Ford Road, Suite 140, Manassas, VA 20109, grantee:

(Whenever used herein the terms grantor and grantee include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Palm Beach County, Florida**, to-wit:

> **TRACT 4, SUNGLADE POINT SUBDIVISION (UNRECORDED)** A parcel of land lying in Section 30, Township 44 South, Range 41 East, Palm Beach County, Florida, being more particularly described as follows: Commencing at the Southeast corner of said Section 30; run thence North 00A°02'39", along the East line of said Section 30, a distance of 479.52 feet, thence North 59A°02'08" West, along the platted Southerly line of Palm Beach Point, as recorded in Plat Book 33, Page 133, Public Records of Palm Beach County, Florida; a distance of 3789.62 feet to the Point of Beginning; thence South 13A°08'44" West, a distance of 735.27 feet more or less, to a point on the Northerly Right of Way line of South Florida Water Management District Canal L-40; thence North 59A°02'08" West, along the Northerly line of said Right of Way Line, a distance of 311.76 feet; thence North 13A°08'44" East a distance of 735.27 feet, more or less, to a point on the Southerly line of said Palm Beach Point, a distance of 311.76 feet to the Point of Beginning.
>
> Less and except Acme Drainage District Canal Right of Way recorded in Official Records Book 3196, Page 69, Public Records of Palm Beach County, Florida, and Official Records Book 11878, Page 1378, Public Records of Palm Beach County, Florida. Note: The East line of said Section 30 is assumed to bear North 00A°02'39" East and all other bearings are relative thereto.
>
> Parcel Identification Number: 73-41-44-30-00-000-7010

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under grantors.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

**EXHIBIT C**

DoubleTime®

Signed, sealed and delivered in our presence:

Witness Name: Kattia Arroyo

Witness Name: Blanca Aguirre de Capo

Doble A Farm, LLC, a Florida limited liability company

By: _____
Beatriz De La Rua, Manager

State of Florida

County of Miami-Dade

The foregoing instrument was acknowledged before me this 11th day of April, 2019 by Beatriz De La Rua _____ of Doble A Farm, LLC, a Florida limited liability company, on behalf of said firm. He/she [X] is personally known or [ ] has produced a driver's license as identification.

[Notary Seal]

ALINA MARIA BRIZZARD MARGIOTTA
Notary Public - State of Florida
Commission # GG 278
My Comm. Expires Jun 13, 2020
Bonded through National Notary Assn.

Notary Public

Printed Name: Alina Maria Brizzard Margiotta

My Commission Expires: June 13, 2020

Prepared by and return to:
Marc Birnbaum
Marc Birnbaum, P.A.
1041 Ives Dairy Road Suite 238
Miami, FL 33179
305-914-5690

File Number: CWSAMS-1290
Will Call No.:

_____[Space Above This Line For Recording Data]_____

# Special Warranty Deed

**This Special Warranty Deed** made this 1st day of January, 2019 between **1290 Investments LLC, a Florida limited liability company** whose post office address is _____, , grantor, and **United States of America** whose post office address is **10611 Balls Ford Road, Suite 140, Manassas, VA 20109**, grantee:

(Whenever used herein the terms grantor and grantee include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Palm Beach County, Florida**, to-wit:

> The North 33.89 feet to Lot 25-A and ALL of Lot 26-A of BELLO LIDO, according to the Plat thereof, recorded in Plat Book 11, Page 37, of the Public Records of Palm Beach County, Florida; and Lot 4 of Re-Plat of BELLO LIDO, according to the Plat thereof, recorded in Plat Book 24, Page 171, of the Public Records of Palm Beach County, Florida.
>
> Parcel Identification Number: 50-43-43-03-06-000-0251

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under grantors.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

**EXHIBIT C**

DoubleTime®

Signed, sealed and delivered in our presence:

Witness Name: Mariam Bazzi

Witness Name: Christopher Hudson

1290 Investments LLC, a Florida limited liability company

By: _____
Erika Cedeno

State of  FLORIDA
County of MIAMI-DADE

The foregoing instrument was acknowledged before me this 28th day of January, 2019 by Erika Cedeno, Manager of 1290 Investments LLC, a Florida limited liability company, on behalf of said firm. He/she [✓] is personally known or [_] has produced a driver's license as identification.

[Notary Seal]

LOURDES VALDES
MY COMMISSION # GG 181073
EXPIRES: March 5, 2022
Bonded Thru Notary Public Underwriters

_____
Notary Public

Printed Name: Lourdes Valdes

My Commission Expires: _____

*Special Warranty Deed* - Page 2

**EXHIBIT C**

DoubleTime®

Prepared by and return to:
Marc Birnbaum
Marc Birnbaum, P.A.
1041 Ives Dairy Road Suite 238
Miami, FL 33179
305-914-5690

File Number: **CWSAMS-16912**
Will Call No.:

_____[Space Above This Line For Recording Data]_____

# Special Warranty Deed

**This Special Warranty Deed** made this _____ day of **January, 2019** between **Crown Bridge Investment LLC, a dissolved Florida limited liability company** whose post office address is _____, , grantor, and **United States of America** whose post office address is **10611 Balls Ford Road, Suite 140, Manassas, VA 20109**, grantee:

(Whenever used herein the terms grantor and grantee include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Palm Beach County, Florida**, to-wit:

> **Lot 159, Bridges- Plat Four, according to the map of Plat thereof, recorded in Plat Book 115, Page 56, of the Public Records of Palm Beach County, Florida.**
>
> **Parcel Identification Number: 00-42-46-29-10-000-1590**
>
> **This Special Warranty Deed is being executed with the winding up ot the affair or Crown Bridge Investment LLC, a dissloved Florida limited liability company.**

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under grantors.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

DoubleTime®

**EXHIBIT C**

Signed, sealed and delivered in our presence:

Witness Name: Mariam Bazzi

Witness Name: Christopher Johnson

Crown Bridge Investment LLC, a dissolved Florida limited liability company

By: _____
Rafael Cedeno, Authorized Member

State of Florida
County of Miami-Dade

The foregoing instrument was acknowledged before me this 28th day of January, 2019 by Rafael Cedeno, as Authorized Member of Crown Bridge Investment LLC, a dissolved Florida limited liability company, on behalf of said firm. He/she [✓] is personally known or [_] has produced a driver's license as identification.

[Notary Seal]

LOURDES VALDES
MY COMMISSION # GG 181073
EXPIRES: March 5, 2022
Bonded Thru Notary Public Underwriters

Notary Public

Printed Name: Lourdes Valdes

My Commission Expires: _____

*Special Warranty Deed* - Page 2

DoubleTime®

**EXHIBIT C**

Prepared by and return to:
Marc Birnbaum
Marc Birnbaum, P.A.
1041 Ives Dairy Road Suite 238
Miami, FL 33179
305-914-5690

File Number: **CWSAMS-15231**
Will Call No.:

_____[Space Above This Line For Recording Data]_____

# Special Warranty Deed

**This Special Warranty Deed** made this _11th_ day of ~~January~~ April, 2019 between **Telsey Properties Holding, LLC**, a Florida limited liability company whose post office address is _____, , grantor, and **United States of America** whose post office address is c/o CWSAMS 10611 Balls Ford Road, Suite 140, Manassas, VA 20109, grantee:

(Whenever used herein the terms grantor and grantee include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Palm Beach County**, Florida, to-wit:

> Lot 19, Block 5, PALM BEACH POINT, according to the Plat thereof, recorded in Plat Book 33, Page 133, of the Public Records of Palm Beach County, Florida.
>
> Parcel Identification Number: 73-41-44-19-01-005-0190

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under grantors.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

**EXHIBIT C**

DoubleTime®

Signed, sealed and delivered in our presence:

Witness Name: Kettia Arroyo

Witness Name: Blanca aguirre de Capó

Telsey Properties Holding, LLC, a Florida limited liability company

By: _____
Beatriz De La Rua, Manager

State of Florida

County of Palm Beach

April, 2019

The foregoing instrument was acknowledged before me this __11__ day of ~~January, 2019~~ by Beatriz De La Rua of Telsey Properties Holding, LLC, a Florida limited liability company, on behalf of said firm. He/she [✓] is personally known or [ ] has produced a driver's license as identification.

[Notary Seal]

ALINA MARIA BRIZZARD MARGIOTTA
Notary Public - State of Florida
Commission # GG 278
My Comm. Expires Jun 13, 2020
Bonded through National Notary Assn.

Notary Public

Printed Name: Alina Maria Brizzard Margiotta

My Commission Expires: June 13, 2020

*Special Warranty Deed - Page 2*

**EXHIBIT C**

DoubleTime®