

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 17-80242-Cr-RLR |
| DEFENDANT | TYPE OF PROCESS |
| Alejandro Andrade Cedeno | Order Approving S&S Agreement (DE 72) |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE:
Fourteen (14) misc. Horses seized 11/15/2018 from Alejandro Cedeno 15231 Sunnyland Lane in Welli[ngton]

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
c/o Fines Penalties & Forfeitures - Miami, FL

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Nalina Sombuntham, AUSA
99 NE 4th Street, Suite 700
Miami, Florida 33132

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| CHECK BOX IF SERVICE IS ON USA | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)
2018520190008901
19-ICE-000244

Signature of Attorney or other Originator requesting service on behalf of ☑ Plaintiff ☐ Defendant
TELEPHONE NO. 305 961-9224
DATE 5/22/19

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS: 05.29.19

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated. 1
District of Origin No. 4
District to Serve No. 4
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.
DATE 05/29/2019

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS" THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC. AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:
G. Pritto SIS/CG

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

ADDRESS: (Complete only if different than shown above)
U.S. Customs and Border Protection
6601 NW 25th St.
Miami FL 33122

DATE OF SERVICE: 5-29-19
TIME OF SERVICE: —
☐ AM ☐ PM

SIGNATURE, TITLE AND TREASURY AGENCY: SIS/CG

REMARKS: Seizure listed above sold between 2-8-19 and 3-21-19.

TD F 90-22.48 (6/96)