NS:md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   17-80242-CR-ROSENBERG

UNITED STATES OF AMERICA

vs.

ALEJANDRO ANDRADE CEDENO,

Defendant.
_____/

## RELEASE OF LIS PENDENS

GRANTEE(S):   YICSM166, LLC

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER ANY OF THE DEFENDANT(S) AND/OR GRANTEE(S) any interest in the real property described herein.

NOTICE IS HEREBY GIVEN that a Notice of Lis Pendens recorded in Palm Beach County Recorder's Office on November 27, 2018, in Official Record Book 30269, Pages 0448-449 (2 pgs) of the Public Records of Palm Beach County, Florida, giving notice of the pendency of forfeiture proceedings in the above-referenced case is hereby **released and discharged.**   The property affected by this release is located at **642 W. Rambling Drive, Wellington, Florida 33414,** more particularly described as:

Parcel in Section 2, Township 44 South, Range 41 East, Palm Beach County, Florida, *A/K/*A Tract T-10-C, Little Ranches No. 2, unrecorded, more particularly described as follows: That part of Section 2, Township 44 South, Range 41 East, Palm Beach County, Florida, described as follows: Commencing at the Northwest (NW) corner of said Section 2, thence East (E) along the North (N) line of said Section 2, a distance of 1497.50 feet; thence South a distance of 626.06 feet; thence South 75 degrees 00' 00" West, a distance, of 91.96 feet to P.C of a curve; thence Southwesterly, West and Northwesterly on a tangential curve to the right with a radius of 627.58 feet a distance of 208.11 feet to the P.T. of said curve; thence North 86 degrees 00' 00" West a distance of 330 feet to the P.C of a curve; thence Northwesterly, West, Southwesterly, South and Southeasterly on a tangential curve to the left with a radius of 388.75 feet a distance of 846.36 feet to the P.C.C of a compound curve; thence Southeasterly on a compound curve to the right with a radius of 605.48 feet a distance of 304.39 feet to the P.T. of said curve; thence South 01 degrees 56' 15" East a distance of 389.13 feet to the actual point of beginning of the tract of land to be described; thence continuing South 01 degrees 56' 15" East, a distance of 180 feet; thence North 88 degrees 03' 45" East a distance of 480 feet; thence North 01 degrees 56' 15" West a distance of 180 feet; thence South 88 degrees 03' 45" West a distance of 480 feet to the actual point of beginning; for the purposes of this description the North line of said Section 2 is assumed to be due East and West line.

Parcel Identification Number:   73-41-44-02-01-003-0100.

ARIANA FAJARDO ORSHSAN
UNITED STATES ATTORNEY

By:   _____   10/24/19

Nalina Sombuntham.
Assistant United States Attorney
Florida Bar No. 96139
99 NE 4th Street, 7th Floor
Miami, FL 33132
Telephone:   305-961-9224
Facsimile:   305-536-4089
nalina.sombuntham@usdoj.gov