UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

vs.                                                        CASE NO. 17-80242 Cr. Rosenberg

ALEJANDRO ANDRADE CEDENO,

    Defendant.
_____/

# MOTION TO WITHDRAW BY THE LAW OFFICE OF STEPHEN JAMES BINHAK, PLLC AS COUNSEL FOR DEFENDANT

    Pursuant to Southern District of Florida Local Rules 7.1 and 11.1(d)(3)(A), The Law Office of Stephen James Binhak, PLLC files this Motion to Withdraw As Counsel For Defendant Alejandro Andrade Cedeno:

    1.    On November 26, 2018, Attorney Stephen James Binhak and The Law Office of Stephen James Binhak, PLLC entered an appearance on behalf of Defendant Alejandro Andrade Cedeno.

    2.    The Law Office of Stephen James Binhak, PLLC's representation of Mr. Andrade Cedeno has been terminated, and the undersigned has been advised that Mr. Andrade Cedeno has retained new counsel. The Law Office of Stephen James Binhak, PLLC no longer has any direct communication with Mr. Andrade Cedeno.

    3.    Attorneys Michael Diaz and Juan Vargas of the law firm Diaz, Reus, & Targ, LLP, Miami Tower at International Place, 100 S.E. Second Street, Suite 3400, Miami, FL 33131 advised Mr. Andrade Cedeno's former counsel (the Colson Hicks Eidson firm) that Mr.

Andrade Cedeno has retained Diaz, Reus, & Targ, LLP and that Diaz, Reus, & Targ, LLP will be filing a Notice of Appearance.

WHEREFORE, The Law Office of Stephen James Binhak, PLLC requests that this Court enter an Order allowing it to withdraw as counsel of record for Defendant Alejandro Andrade Cedeno in this matter and relieving it from any further responsibilities in this matter.

### LOCAL RULE 7.1(A)(3) CERTIFICATION

I CERTIFY that I have conferred with the counsel for the United States and that they have indicated they do not oppose the relief requested. I sent an email regarding this motion to Mr. Andrade Cedeno's new counsel on March 4, 2022, but have not received a response.

March 8, 2022

Respectfully Submitted,

**THE LAW OFFICE OF STEPHEN JAMES BINHAK, P.L.L.C.**
*Attorneys for Alejandro Andrade Cedeno*
One Southeast Third Ave., Suite 2600
Miami, Florida  33131
Telephone: (305) 361-5500
Facsimile: (305) 428-9532

By:     /s/ Stephen James BInhak
Stephen James Binhak, Esq.
Florida Bar No. 736491
binhaks@binhaklaw.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on March 8, 2022, I electronically filed the foregoing motion with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                /s/ Stephen James Binhak
                STEPHEN JAMES BINHAK