**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-80242-CR-ROSENBERG/HUNT**

UNITED STATES OF AMERICA

    Plaintiff,

v.

ALEJANDRO ANDRADE CEDENO,

    Defendant
_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Michael Diaz, Jr., of Diaz Reus & Targ, LLP hereby enters his appearance as counsel for Defendant Alejandro Andrade Cedeno, and requests that copies of all future pleadings and papers be served upon the undersigned.

DATED: March 17, 2022

Respectfully submitted,

DIAZ REUS & TARG, LLP
100 Southeast Second Street
3400 Miami Tower
Miami, Florida 33131
Telephone (305) 375-9220

By: */s/ Michael Diaz, Jr.*
Michael Diaz, Jr. (Florida Bar No.606774)
Attorney Email: mdiaz@diazreus.com
Robert Targ (Florida Bar No.272299)
Attorney Email: rtarg@diazreus.com
Marta Colomar Garcia (Florida Bar No. 40869)
Attorney Email: mcolomar@diazreus.com
Zhen Pan (Florida Bar No.123637)
Attorney Email: zpan@diazreus.com

*Counsel for Defendant Alejandro Andrade Cedeno*