UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80242-CR-ROSENBERG/HUNT

UNITED STATES OF AMERICA

 Plaintiff,
v.

ALEJANDRO ANDRADE CEDENO,

 Defendant
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Marta Colomar Garcia of Diaz Reus & Targ, LLP hereby enters her appearance as counsel for Defendant Alejandro Andrade Cedeno, and requests that copies of all future pleadings and papers be served upon the undersigned.

DATED: March 17, 2022   Respectfully submitted,

            DIAZ REUS & TARG, LLP
            100 Southeast Second Street
            3400 Miami Tower
            Miami, Florida 33131
            Telephone (305) 375-9220

            By: */s/ Marta Colomar Garcia*
            Michael Diaz, Jr. (Florida Bar No.606774)
            Attorney Email: mdiaz@diazreus.com
            Robert Targ (Florida Bar No.272299)
            Attorney Email: rtarg@diazreus.com
            Marta Colomar Garcia (Florida Bar No. 40869)
            Attorney Email: mcolomar@diazreus.com
            Zhen Pan (Florida Bar No.123637)
            Attorney Email: zpan@diazreus.com

            *Counsel for Defendant Alejandro Andrade Cedeno*