UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80242-CR-ROSENBERG/HUNT

UNITED STATES OF AMERICA

    Plaintiff,

v.

ALEJANDRO ANDRADE CEDENO,

    Defendant
_____/

**DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO THE UNITED STATES' MOTION FOR SECOND PRELIMINARY ORDER OF FORFEITURE**

Defendant, Alejandro Andrade Cedeno, pursuant to Federal Rule of Criminal Procedure 45(b), respectfully moves for an extension of time to respond to the United States' Motion for Second Preliminary Order of Forfeiture (the "Motion") [ECF 93], and in support states as follows:

1. The current deadline for Defendant to respond to the Motion is March 17, 2022.

2. Pursuant to Federal Rule of Criminal Procedure 45(b), "[w]hen an act must or may be done within a specified period, the court on its own may extend the time, *or for good cause may do so on a party's motion made.*" (Emphasis added).

3. The undersigned respectfully requests additional time to investigate the factual allegations made by the U.S. Government in the Motion, which includes receiving and reviewing the case file in possession of Defendant's former counsel. Such file has been requested but it remains to be received by the undersigned.

4. Additionally, the undersigned must travel overseas between March 22 and 24, 2022 for client meetings with U.S. Government representatives that are time-sensitive and cannot be rescheduled.

5. This is the first extension of time sought by Defendant, and this request is being made in good faith and not for purposes of delay.

6. If the court grants this request for extension of time, it is the intention of the parties to meet within that additional time in a good faith effort to resolve this matter without unnecessary and/or costly litigation.

7. Accordingly, the undersigned counsel has discussed the instant request with counsel for the Government, Assistant United States Attorney Nalina Sombuntham, and she has indicated that the Government has no objection to this request.

WHEREFORE, Defendant respectfully requests that the Court extend the deadline to respond to the United States' Motion for Second Preliminary Order of Forfeiture [ECF 93] up to and including March 28, 2022, and grant such other and further relief as the Court deems appropriate.

DATED: March 17, 2022

Respectfully submitted,

DIAZ REUS & TARG, LLP
100 Southeast Second Street
3400 Miami Tower
Miami, Florida 33131
Telephone (305) 375-9220

By: /s/ Michael Diaz, Jr.
Michael Diaz, Jr. (Florida Bar No.606774)
Attorney Email: mdiaz@diazreus.com
Robert Targ (Florida Bar No.272299)
Attorney Email: rtarg@diazreus.com
Marta Colomar Garcia (Florida Bar No. 40869)
Attorney Email: mcolomar@diazreus.com
Zhen Pan (Florida Bar No.123637)
Attorney Email: zpan@diazreus.com
*Counsel for Defendant Alejandro Andrade Cedeno*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served it on all counsel of record.

By: */s/*       *Michael Diaz, Jr.*
             Michael Diaz, Jr.

**CERTIFICATE OF GOOD FAITH CONFERRAL**

Pursuant to Local Rule 7.1(a)(3) of the United States District Court for the Southern District of Florida, on March 17, 2022, the undersigned conferred via email with Assistant United States Attorney Nalina Sombuntham, and the United States does not oppose to the relief sought herein.

By: */s/*       *Michael Diaz, Jr.*
             Michael Diaz, Jr.