**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-80242-CR-ROSENBERG/HUNT**

UNITED STATES OF AMERICA

      Plaintiff,

v.

ALEJANDRO ANDRADE CEDENO,

      Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Javier Coronado ("Mr. Coronado") of the law firm of Diaz, Reus & Targ, LLP, 100 S.E. 2nd Street, Suite 3400, Miami, Florida 33131 (305) 375-9220, for purposes of appearance as co-counsel on behalf of Alejandro Andrade in the above-styled case, and to permit Mr. Coronado to receive electronic filings in this case. In support thereof, the undersigned states as follows:

1. Mr. Coronado is not admitted to practice in the Southern District of Florida. He is a member in good standing of the New York Bar, 3rd Appellate Division Department, and of the U.S. District Court for the Northern District of Illinois.

2. Movant, Michael Diaz, Jr. of the law firm of Diaz, Reus & Targ, LLP, 100 S.E. 2nd Street, Suite 3400, Miami, Florida 33131 (305) 375-9220, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, and is

authorized to file through the Court's electronic filing system. Movant has consented to be a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.   Mr. Coronado has made payment of this Court's $200.00 admission fee, consents to service as required by CM/ECF procedures, and understands his obligations to comply with the Local Rules of the Southern District of Florida. A certification in accordance with Rule 4(b) is attached hereto.

4.   Mr. Coronado, by and through Movant, and pursuant to Section 2B CM/ECF Administrative Procedures, respectfully requests the Court to provide Notice of Electronic Filings at [jcoronado@diazreus.com](mailto:jcoronado@diazreus.com).

WHEREFORE, Michael Diaz, Jr. moves this Court to enter an Order for Javier Coronado, to appear before this Court on behalf of Defendant Alejandro Andrade for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Javier Coronado.

Date:  March 18, 2022                               Respectfully submitted,

                                                    DIAZ REUS & TARG, LLP
                                                    100 Southeast Second Street
                                                    3400 Miami Tower
                                                    Miami, Florida 33131
                                                    Telephone (305) 375-9220

By: */s/ Michael Diaz*
Michael Diaz, Jr. (Florida Bar No.606774)
Attorney Email: mdiaz@diazreus.com
Robert Targ (Florida Bar No.272299)
Attorney Email: rtarg@diazreus.com
Marta Colomar Garcia (Florida Bar No. 40869)
Attorney Email: mcolomar@diazreus.com
Zhen Pan (Florida Bar No.123637)
Attorney Email: zpan@diazreus.com
*Counsel for Defendant Alejandro Andrade Cedeno*