UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    **Plaintiff,**<br>**v.**<br><br>**ALEJANDRO ANDRADE CEDENO,**<br><br>    **Defendant** | **CASE NO. 9:17-cr-80242-RLR-1**<br><br>**Honorable Robin L. Rosenberg**<br>**Magistrate Judge Edwin G. Torres** |

**NOTICE OF DEFENDANT'S NON-OPPOSITION TO THE UNITED STATES'
MOTION FOR SECOND PRELIMINARY ORDER OF FORFEITURE**

Defendant, Alejandro Andrade Cedeno, hereby provides notice to the Court that (a) Defendant and the Government have reached an amicable resolution of the issues raised in the United States' Motion for Second Preliminary Order of Forfeiture [ECF 93], and (b) Defendant does not oppose to the relief sought therein.

DATED: April 1, 2022        Respectfully submitted,

                            DIAZ REUS & TARG, LLP
                            100 Southeast Second Street
                            3400 Miami Tower
                            Miami, Florida 33131
                            Telephone (305) 375-9220

                            By: */s/ Michael Diaz, Jr.*
                            Michael Diaz, Jr. (Florida Bar No.606774)
                            Attorney Email: mdiaz@diazreus.com
                            Robert Targ (Florida Bar No.272299)
                            Attorney Email: rtarg@diazreus.com
                            Javier Coronado (New York Bar No. 5584842)
                            *Admitted Pro Hac Vice*
                            Attorney Email: jcoronado@diazreus.com
                            *Counsel for Defendant Alejandro Andrade Cedeno*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 1st, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served it on all counsel of record.

By: */s/        Michael Diaz, Jr.*
        Michael Diaz, Jr.