

# Department of the Treasury
## Federal Law Enforcement Agencies
### PROCESS RECEIPT AND RETURN

| PLANTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 17-CR-80242-RLR |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Alejandro Andrade Cedeno | Second Preliminary Order, DE 109 |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.
approximately $184,690.97; The unused cost retainer of Alejandro Andrade Cedeno at Colson Hicks Eid
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

**SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**
AUSA Nalina Sombuntham
99 NE 4th Street
Miami, Florida 33132

| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
|---|---|
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| CHECK BOX IF SERVICE IS ON USA | ✓ |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please seize accordance with the Second Preliminary Order of Forfeiture.
22-ICE-000495
The unused cost retainer of Alejandro Andrade Cedeno at Colson Hicks Eidson, P.A., which consists of approximately $184,690.97

Signature of Attorney or other Originator requesting service on behalf of: ☑ Plaintiff  ☐ Defendant
TELEPHONE NO. (305) 961-9224
DATE 04/07/22

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.
District of Origin No. ___   District to Serve No. ___
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.
DATE

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE: 4/14/2022
TIME OF SERVICE: 1300  ☒ PM

SIGNATURE, TITLE AND TREASURY AGENCY: SA, HSI

**REMARKS:** Received Northern Trust # 433350 in the amount of $184,690.97

TD F 90-22.48 (6/96)