

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLANTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 17-CR-80242-RLR |
| DEFENDANT | TYPE OF PROCESS |
| Alejandro Andrade Cedeno | Third Preliminary Order of Forfeiture (DE112) |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.
approximately $42,131.37; the unused cost retainer of Alejandro Andrade Cedeno from Grossman Youn
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA Joshua Paster
99 NE 4th Street
Miami, Florida  33132

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| CHECK BOX IF SERVICE IS ON USA | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

approximately $42,131.37; the unused cost retainer of Alejandro Andrade Cedeno from Grossman Young & Hammond, LLC

22-ICE-000563

| Signature of Attorney or other Originator requesting service on behalf of: ☑ Plaintiff ☐ Defendant | TELEPHONE NO. (305) 961-9342 | DATE 04/27/22 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE 04/06/2022 | TIME OF SERVICE 1100 | ☒ AM ☐ PM |
|---|---|---|---|

SIGNATURE, TITLE AND TREASURY AGENCY

REMARKS:

CHECK RECEIVED VIA FEDEX FROM ATTY SANDRA GROSSMAN

TD F 90-22.48 (6/96)