**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 9:17-cr-80242-RLR-1** |
| **Plaintiff,** | |
| **v.** | **Honorable Robin L. Rosenberg** |
| **ALEJANDRO ANDRADE CEDENO,** | **Magistrate Judge Edwin G. Torres** |
| **Defendant** | |

**NOTICE OF DEFENDANT'S NON-OPPOSITION TO THE UNITED STATES'**
**MOTION FOR LIMITED UNSEALING**

Defendant, Alejandro Andrade Cedeno, hereby provides notice to the Court that (a) Defendant and the Government have reached an amicable resolution of the issues raised in the United States' Motion for Limited Unsealing of an Unopposed Motion to Reduce Sentence Pursuant to Rule 35 (filed under seal), and (b) Defendant does not oppose to the relief sought therein.

DATED: September 29, 2022        Respectfully submitted,

DIAZ REUS & TARG, LLP
100 Southeast Second Street
3400 Miami Tower
Miami, Florida 33131
Telephone (305) 375-9220

By: */s/ Michael Diaz, Jr.*
Michael Diaz, Jr. (Florida Bar No.606774)
Attorney Email: mdiaz@diazreus.com
Javier Coronado (New York Bar No. 5584842)
*Admitted Pro Hac Vice*
Attorney Email: jcoronado@diazreus.com
*Counsel for Defendant Alejandro Andrade Cedeno*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served it on all counsel of record.

By: */s/*          *Michael Diaz, Jr.*
                 Michael Diaz, Jr.